B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Michael, George S** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1849** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1955 Shore Acres Rd**<br>**Lake Bluff, IL**<br>ZIP Code **60044** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Michael, George S** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**R&G Properties** | Case Number:<br>**09-37463** | Date Filed:<br>**10/08/09** |
|---|---|---|
| District:<br>**Northern District of Illinois** | Relationship:<br>**Partnership** | Judge:<br>**A. Benjamin Goldgar** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Michael, George S** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ George S Michael**
Signature of Debtor  **George S Michael**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 29, 2010**
Date

### Signature of Attorney*

X  **/s/ Abraham Brustein**
Signature of Attorney for Debtor(s)

**Abraham Brustein 0327662**
Printed Name of Attorney for Debtor(s)

**DiMonte and Lizak, LLC**
Firm Name

**216 Higgins Road**
**Park Ridge, IL 60068**

_____
Address

**(847) 698-9600  Fax: (847) 698-9623**
Telephone Number

**September 29, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **George S Michael** _____   Case No. _____

                                    Debtor(s)         Chapter    **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ George S Michael**
                       **George S Michael**

Date:   **September 29, 2010**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **George S Michael** _____   Case No. _____

_____ Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **NorStates Bank**<br>**1601 N. Lewis Ave.**<br>**Waukegan, IL 60085** | **NorStates Bank**<br>**1601 N. Lewis Ave.**<br>**Waukegan, IL 60085** | **Direct obligation of R&G Properties. Debtor is a partner.** | | **11,670,000.00** |
| **Delta Trading**<br>**2701 N. Kildare Ave**<br>**Chicago, IL 60639** | **Delta Trading**<br>**2701 N. Kildare Ave**<br>**Chicago, IL 60639** | **Bank Loan** | **Contingent** | **8,900,000.00** |
| **American United Bank**<br>**321 West Golf Rd**<br>**Schaumburg, IL 60196** | **American United Bank**<br>**321 West Golf Rd**<br>**Schaumburg, IL 60196** | **Direct obligation of R & G Properties. Debtor is a partner.** | **Contingent** | **4,200,000.00** |
| **Citimortgage**<br>**P.O. Box 183040**<br>**Columbus, OH 43218-3040** | **Citimortgage**<br>**P.O. Box 183040**<br>**Columbus, OH 43218-3040** | | | **4,000,000.00** |
| **Harris Bank**<br>**333 N. Northwest Highway**<br>**Barrington, IL 60010** | **Harris Bank**<br>**333 N. Northwest Highway**<br>**Barrington, IL 60010** | **1449 Wieland, Chicago, IL**<br>**2421 Janssen, Chicago, IL**<br><br>**Direct obligation of R&G Properties. Debtor is a partner.** | **Disputed** | **3,900,000.00** |
| **American United Bank**<br>**321 West Golf Rd**<br>**Schaumburg, IL 60196** | **American United Bank**<br>**321 West Golf Rd**<br>**Schaumburg, IL 60196** | | | **3,900,000.00** |
| **First Commercial Bank**<br>**Attn: Dan Healy**<br>**6945 N. Clark**<br>**Chicago, IL 60626** | **First Commercial Bank**<br>**Attn: Dan Healy**<br>**6945 N. Clark**<br>**Chicago, IL 60626** | **4205 W. Irving Park, Chicago, IL**<br>**2060 W. Fargo, Chicago, IL**<br>**7431 N. Hoyne, Chicago, IL**<br>**3600 N. Lake Shore Dr., Chicago, IL**<br>**20 S. Dee Road, Park Ri** | **Contingent** | **2,200,000.00** |
| **Edgebrook Bank**<br>**6000 W. Touhy Ave**<br>**Chicago, IL 60646** | **Edgebrook Bank**<br>**6000 W. Touhy Ave**<br>**Chicago, IL 60646** | | | **2,000,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **George S Michael**                                                    Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **CitiBank**<br>**P.O. Box 688923**<br>**Des Moines, IA 50368-8923** | **CitiBank**<br>**P.O. Box 688923**<br>**Des Moines, IA 50368-8923** | **1955 Shore Acres Drive**<br>**Lake Bluff, IL 60044 (property owned by Armenian Church of Lake Bluff)** | | **1,967,219.00**<br><br>**(0.00 secured)** |
| **Delta Trading**<br>**2701 N. Kildare Ave**<br>**Chicago, IL 60639** | **Delta Trading**<br>**2701 N. Kildare Ave**<br>**Chicago, IL 60639** | **Bank Loan** | **Contingent** | **1,500,000.00** |
| **Edgebrook Bank**<br>**Attn: John Ptak**<br>**6000 W. Touhy**<br>**Chicago, IL 60646** | **Edgebrook Bank**<br>**Attn: John Ptak**<br>**6000 W. Touhy**<br>**Chicago, IL 60646** | **2434 W. Montrose, Chicago, Illinois 7,500 sq. ft. commercial**<br><br>**Direct obligation of R&G Properties. Debtor is a partner.** | **Contingent** | **1,032,000.00** |
| **Pan American Bank**<br>**6232 N. Pulaski**<br>**Chicago, IL 60646** | **Pan American Bank**<br>**6232 N. Pulaski**<br>**Chicago, IL 60646** | **1950 Parkside, Park Ridge, IL**<br><br>**Direct obligation of R&G Properties. Debtor is a partner.** | | **750,000.00** |
| **Edgebrook Bank**<br>**Attn: John Ptak**<br>**6000 W. Touhy**<br>**Chicago, IL 60646** | **Edgebrook Bank**<br>**Attn: John Ptak**<br>**6000 W. Touhy**<br>**Chicago, IL 60646** | **5941 N. Austin, Chicago, Illinois 6 Apartments**<br><br>**Direct obligation of R&G Properties. Debtor is a partner** | **Contingent** | **640,000.00** |
| **American Enterprise Bank**<br>**Attn: Ed Bouas**<br>**600 N. Buffalo Grove Rd.**<br>**Buffalo Grove, IL 60089** | **American Enterprise Bank**<br>**Attn: Ed Bouas**<br>**600 N. Buffalo Grove Rd.**<br>**Buffalo Grove, IL 60089** | **5401 W. Devon, Chicago, IL**<br><br>**Direct obligation of R & G Properties. Debtor is a partner** | **Contingent** | **550,000.00** |
| **Warren Lupel**<br>**Lupel Weininger LLP**<br>**30 N. La Salle St., Suite 3520**<br>**Chicago, IL 60602** | **Warren Lupel**<br>**Lupel Weininger LLP**<br>**30 N. La Salle St., Suite 3520**<br>**Chicago, IL 60602** | **Legal services rendered** | | **200,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **George S Michael**                                                    Case No. _____
_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **NorStates Bank**<br>**1601 N. Lewis Ave.**<br>**Waukegan, IL 60085** | **NorStates Bank**<br>**1601 N. Lewis Ave.**<br>**Waukegan, IL 60085** | **Jr. Mortgage**<br><br>**1449 Wieland Chicago, IL**<br>**2421 Janssen, Chicago, IL**<br><br>**Direct obligation of R&G Properties. Debtor is a partner.** | | **192,000.00** |
| **Michael Realty**<br>**5680 N. Elston**<br>**Chicago, IL 60646** | **Michael Realty**<br>**5680 N. Elston**<br>**Chicago, IL 60646** | **Direct obligation of R&G Properties. Debtor is a partner.** | **Contingent** | **170,000.00** |
| **Gregory Gorlich**<br>**7N864 Northern Dancer**<br>**Saint Charles, IL 60175** | **Gregory Gorlich**<br>**7N864 Northern Dancer**<br>**Saint Charles, IL 60175** | **Direct obligation of R&G Properties. Debtor is a partner.** | **Contingent** | **160,000.00** |
| **Federal Deposit Insurance Corp.**<br>**550 17th St NW**<br>**Washington, DC 20429-9990** | **Federal Deposit Insurance Corp.**<br>**550 17th St NW**<br>**Washington, DC 20429-9990** | **In the Matter of Robert Michael and George Michael; Citizens Bank and Trust Company of Chicago; Prohibition From Further Participation and Civil Money** | **Disputed** | **100,000.00** |
| **Nicholas M. Duric**<br>**401 N. Wisner**<br>**Park Ridge, IL 60068** | **Nicholas M. Duric**<br>**401 N. Wisner**<br>**Park Ridge, IL 60068** | **Direct obligation of R&G Properties. Debtor is a partner.** | **Contingent** | **50,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **George S Michael**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 29, 2010**                    Signature   **/s/ George S Michael**
                                                          **George S Michael**
                                                          Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Aaron A. Krolik
111 W. Washington, #1028
Chicago, IL 60602


AIA General Services
c/o Phillis Lewis
29 S. La Salle
Chicago, IL 60603


Allen C. Wesolowski
Martin & Karcazes, Ltd.
161 N. Clark Street, Suite 550
Chicago, IL 60601


Alli Traven & Cassandra Kramer
1754-56 W. Wellington, #3E
Chicago, IL 60657


Allstate Insurance
6317 N. Milwaukee
Chicago, IL 60646


American Enterprise Bank
Attn: Ed Bouas
600 N. Buffalo Grove Rd.
Buffalo Grove, IL 60089


American Express
Box 0001
Los Angeles, CA 90096-0001


American United Bank
321 West Golf Rd
Schaumburg, IL 60196


Art Swiatlik & Annetia Nowak
1 N. Hamlin, Unit 3
Park Ridge, IL 60068


Belongia, Shaprio & Hynes, LLC
20 S. Clark Street #300
Chicago, IL 60603

Berenice Barch
5941 N. Austin, Garden N
Chicago, IL

Carl Galvin
1754-56 W. Wellington, #2D
Chicago, IL 60657

Charlie Bosco
5680 N. Elston
Chicago, IL 60646

Charlotte Shubert
5941 N. Austin, 1S
Chicago, IL 60646

Chris Keraminas
3600 N. Lake Shore Dr
Chicago, IL 60613

Cindy Baranowski
1950 Parkside, Unit 2C
Park Ridge, IL 60068

CitiBank
P.O. Box 688923
Des Moines, IA 50368-8923

Citimortgage
P.O. Box 183040
Columbus, OH 43218-3040

City of Chicago
P.O. Box 6330
Chicago, IL 60680

City of Chicago
Department of Revenue
P.O. Box 88298
Chicago, IL 60680-1290

City of Chicago
c/o Mara S. Georges, Corp. Counsel
30 North LaSalle Street, Suite 700
Chicago, IL 60602

City of Park Ridge
P.O. Box 4793
Carol Stream, IL 60197-4793


ComEd
P.O. Box 803457
Chicago, IL 60680-3457


Cousin's
3038 W. Irving park
Chicago, IL 60618


Dave Kalsch
5654 N. Central
Chicago, IL 60646


David Audley
Chapman and Cutler LLP
111 W. Monroe
Chicago, IL 60603


David Cutler
8430 Gross Point Rd.
2nd Fl
Skokie, IL 60077


David P. Vallas
Wildman Harrold
225 West Wacker Drive, Ste 3000
Chicago, IL 60606


Delora Block Cores
6317 N. Milwaukee, #1D
Chicago, IL 60646


Delta Trading
2701 N. Kildare Ave
Chicago, IL 60639


Dianna & Mohammad Skafi
3312 Foster
Chicago, IL 60625

Donald Spencer
5749 N. Elston, #2R
Chicago, IL 60646

Doruted Patrol
6508-10 W. Devon, #2N
Chicago, IL 60631

Edgebrook Bank
6000 W. Touhy Ave
Chicago, IL 60646

Edgebrook Bank
Attn: John Ptak
6000 W. Touhy
Chicago, IL 60646

Edward Dziadosz
5654 N. Central, 2nd Floor
Chicago, IL 60646

Eli Vranjes
4201 W. Irving Park
Chicago, IL 60618

Evelyn Macalister
1 N. Hamlin, Unit 1
Park Ridge, IL 60068

Family Dentistry
6317 N. Milwaukee
Chicago, IL 60646

Faustino Lagunas
5749 N. Elston, #1R
Chicago, IL 60646

Federal Deposit Insurance Corp.
550 17th St NW
Washington, DC 20429-9990

Federal Deposit Insurance Corp.
110 N. Oak St
Arcola, IL 61910

First Commercial Bank
Attn: Dan Healy
6945 N. Clark
Chicago, IL 60626


Flood Brothers Disposal
17W697 Butterfield Road #E
Oakbrook Terrace, IL 60181


Florence Terabe
5680-86 Elston, #2B
Chicago, IL 60646


Gelai Evans
5680-86 Elston, #2C
Chicago, IL 60646


Ginger Trulio
5941 N. Austin, Garden South
Chicago, IL 60646


Gladys Ahounou
Beauty Shop
6739 North Ave.
Oak Park, IL 60302


Gladys Ramos & Francisco Gonzalez
5749 N. Elston
Chicago, IL 60646


Greg Mitchell
5680-86 Elston, #1D
Chicago, IL 60646


Gregory Gorlich
7N864 Northern Dancer
Saint Charles, IL 60175


Greta G. Weathersby
Peoples Energy
130 East Randolph
Chicago, IL 60601

Harris Bank
333 N. Northwest Highway
Barrington, IL 60010


Harry Missirlian
9933 Lawler Ave
Suite 309
Skokie, IL 60077


Harry Missirlian & Associates, Ltd
9933 Lawler Ave
Suite 309
Skokie, IL 60077


Holland & Knight LLP
Attn: Peter M. Friedman
131 S. Dearborn St., 30th Floor
Chicago, IL 60603


Hon. Jorge A. Solis
Director, IL Dept of Fin & Prof Reg
122 South Michigan Ave, Ste 1900
Chicago, IL 60603


Jadwiga Loj
3600 N. Lake Shore Dr.
Chicago, IL 60613


James Shea
5941 N. Austin, 1N
Chicago, IL 60646


Janelle Fermaintt
c/o Kralovec Jambois & Scwartz
60 W. Randolph, 4th Floor
Chicago, IL 60601


Janice Glenn
6317 N. Milwaukee, #3D
Chicago, IL 60646


Jason Hopkins
3038 W. Irving Park, 2nd Floor
Chicago, IL 60618

Javier and Claudia Hernandez
5633 N. Central, 2nd Floor
Chicago, IL 60646

Jawed Khan
5680-86 Elston, #2E
Chicago, IL 60646

Jeremy Kaulfers
5941 N. Austin, 2N
Chicago, IL 60646

Jim Scordo
1 N. Hamlin, Unit 5
Park Ridge, IL 60068

Joe Johns
6739 North Ave.
Oak Park, IL 60302

Joel A. Schechter
53 W. Jackson Blvd., Ste 1522
Chicago, IL 60604

Joel A. Stein
225 W. Washington Street
Suite 1700
Chicago, IL 60606

John and Dana Hill
5749 N. Elston, #2F
Chicago, IL 60646

John Galioto
c/o Harry Missirlian & Associates
9933 Lawler Ave, Suite 309
Skokie, IL 60077

John Vadaparampil
849 Franklin, #1504
Chicago, IL

Johnny Price
5658 N. Central, 1st Fl
Chicago, IL 60646

Jose Dutra
c/o Robert A Destefano & Associates
6547 W. Cermak #LL1
Berwyn, IL 60402


Joseph Vallender
20 S. Dee Rd, Unit 2C
Park Ridge, IL 60068


Juan Rodriguez
1431 N. Hamlin Ave.
Chicago, IL 60651


Julie Sevilla & Wilfredo Sevilla
6508-10 W. Devon
Chicago, IL 60631


Karen Peplpmatas
17851 Torrence Ave., 2R
Lansing, IL 60438


Kenneth G. Kubes
1441 N. Wicker Park Ave. #4N
Chicago, IL 60622


Kunjamma Augustine James
1950 Parkside, Unit 2A
Park Ridge, IL 60068


Lake County Collector
18 N. County Street  #102
Waukegan, IL 60085


Leon Zelechowski
111 West Washington St
Suite 1051
Chicago, IL 60602


Leslee Tornabene & Scott Nissen
1754-56 W. Wellington
Chicago, IL 60657


Linda Jacobson
6317 N. Milwaukee, #3C
Chicago, IL 60646

Linda Millar
6508-10 W. Devon, #1S
Chicago, IL 60631


Lisa Thigpen
6317 N. Milwaukee, #2B
Chicago, IL 60646


Luis Romero
5941 N. Austin, 2S
Chicago, IL 60646


Lykennia Ousley
6739 North Ave.
Oak Park, IL 60302


Margaret Morrison Borcia
32 N. West St.
Waukegan, IL 60085


Margarita Pulido
1950 Parkside, Unit 2B
Park Ridge, IL 60068


Maria Thompson
6317 N. Milwaukee, #2E
Chicago, IL 60646


Maricela Marin
6317 N. Milwaukee, #3E
Chicago, IL 60646


Marie & Don
5772 W. Higgins, 2nd Floor
Chicago, IL 60630


Marie Jade Galvan
5155 W. Addison
Chicago, IL 60641


Marilu Da Costa
20 S. Dee Rd., Unit 1C
Park Ridge, IL 60068

Mario Yolangco
5633 N. Central, 1st Fl.
Chicago, IL 60646


Marius & Jennifer Tiria
4054-56 N. Marmora, #2S
Chicago, IL 60634


Mark & Denise Labus
1 N. Hamlin, Unit 6
Park Ridge, IL 60068


Matthew A. Olins
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603


Michael Lewis
4054-56 N. Marmora, #2W
Chicago, IL 60634


Michael Realty
5680 N. Elston
Chicago, IL 60646


Michael T. Benz
Chapman & Cutler LLP
111 W. Monroe St.
Chicago, IL 60603


Mid Care
4205 W. Irving Park
Chicago, IL 60618


Monson/Lofgren
6317 N. Milwaukee, #3A
Chicago, IL 60646


Morrison & Morrison
Attn: Margaret Borcia
32 N. West
Waukegan, IL 60085

Mr. and Mrs. Breo
20 S. Dee Rd., Unit 2A
Park Ridge, IL 60068

Mr. and Mrs. Floyd
20 S. Dee Rd., Unit 1B
Park Ridge, IL 60068

Nen Chy
5749 N. Elston, #1F
Chicago, IL 60646

Neri Ramirez
6317 N. Milwaukee, #1A
Chicago, IL 60646

Nicholas M. Duric
401 N. Wisner
Park Ridge, IL 60068

Nick La Puma
6508-10 W. Devon, #1W
Chicago, IL 60631

Nicor Gas
PO Box 416
Aurora, IL 60568-0001

Norman Patula
6317 N. Milwaukee, #2D
Chicago, IL 60646

NorStates Bank
1601 N. Lewis Ave.
Waukegan, IL 60085

North Maine Utilities
1225 Waukegan Rd.
Glenview, IL 60025

Omega Design
c/o Adam Mazur
4201 W. Irving Park
Chicago, IL 60618

Optimal Deli, Inc.
Attn: Kathy
5155 W. Addison
Chicago, IL 60641


Padma Edla
5600 N. Western
Chicago, IL 60659


Pan American Bank
6232 N. Pulaski
Chicago, IL 60646


Pantheon Builders
Chicago, IL 60606


Pantheon Builders
c/o Leon Zelechowski
111 W. Washington St., Suite 1051
Chicago, IL 60602


People's Gas
Chicago, IL 60687-0001


Polly and Herbert Cole
5536 N. Artesian, 1st Floor
Chicago, IL 60625


R & G Properties
5650 N. Elston
Chicago, IL 60646


R & G Properties


Richard C. Perna
Fuchs & Roselli Ltd
440 W. Randolph St., Suite 500
Chicago, IL 60606

Richard H. Fimoff
Robbins Salomon & Patt Ltd
25 E. Washington Street, Suite 1000
Chicago, IL 60602


Richard S. Zachary
180 N. LaSalle St.
Suite 1925
Chicago, IL 60601


Richard Wolowicz
6508-10 W. Devon
Chicago, IL 60631


Robert Jackson
4201 W. Irving Park
Chicago, IL 60618


Robert Michael


Robert Michael
5650 N. Central
Chicago, IL 60646


Robert Ostasz
1 N. Hamlin
Unit 4
Park Ridge, IL 60068


Roberts & Weddle, LLC
111 N. Canal, Ste 885
Chicago, IL 60606-7218


Rosanne Ciambrone
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603


Roseanne's Beauty Shop
Hilda Mendoza
3604 N. Pulaski Rd
Chicago, IL 60641

Sal Cannela
5680-86 Elston, #1F
Chicago, IL 60646


Sarah and Derek Kurysz
6508-10 W. Devon, Garden East
Chicago, IL 60631


Sebastian Bulanda
3809 N. Harlem, #2C
Chicago, IL 60634


Sharon Dawkins
3312 Foster, Apt 2E
Chicago, IL 60625


Sheila Krawczyk
4201 W. Irving Park
Chicago, IL 60618


Solomon Blyakhman
1950 Parkside
Park Ridge, IL 60068


Tejal S. Desai
Fuchs & Roselli, Ltd.
440 W. Randolph Street, Suite 500
Chicago, IL 60606


The Armenian Church of Lake Bluff


Thomas Jordan
5658 N. Central, 2nd Floor
Chicago, IL 60646


Tom Cramer
866 N. Elston, 1st Floor
Chicago, IL 60618


Tracey Terry
5688 N. Elston
Chicago, IL 60646

Velazquez & Family Muffler
Mufflers for Less, Inc.
5703 N. Elston
Chicago, IL 60646


Victoria Edwards
6317 N. Milwaukee, #2C
Chicago, IL 60646


Village of Lansing
3141 Ridge Road
Lansing, IL 60438


Village of Oak Park
Utility Bill Account
P.O. Box 94895
Chicago, IL 60690


Wachovia Mortgage
c/o Pierce & Associates
1 N. Dearborn #1300
Chicago, IL 60602


Wallace Davis
c/o Al Hofeld
1525 E. 53rd St., Suite 903
Chicago, IL 60615


Walter and Joyce Kuchar
6508-10 W. Devon
Chicago, IL 60631


Warren Lupel
Lupel Weininger LLP
30 N. La Salle St., Suite 3520
Chicago, IL 60602


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Wayne B. Giampietro
2550 W. Golf Rd.
Suite 250
Rolling Meadows, IL 60008

William Conlon
5680-86 Elston, #2A
Chicago, IL 60646


Wiselaw Babicz
20 S. Dee Rd., Unit 1D
Park Ridge, IL 60068


Won Lee
6317 N. Milwaukee, #2A
Chicago, IL 60646


Yolanda Blumenberg
5155 W. Addison
Chicago, IL 60641


Zena Benyamin
1 N. Hamli, Unit 2
Park Ridge, IL 60068