IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                )
                                      )    Chapter 11
George S. Michael,                    )    No. 10-43637
                                      )    *Hon. A. Benjamin Goldgar*
            Debtor.                   )

TO:    **ECF SERVICE LIST**

Please be advised that on March 30, 2011, at 9:30 a.m. we shall appear before the Honorable Judge A. Benjamin Goldgar, or any Judge sitting in his stead, in Courtroom 613 of the United States Bankruptcy Court, or any other courtroom therein, 219 South Dearborn Street, Chicago, Illinois, and then and there present Pan American Bank's Motion to Terminate the Automatic Stay (or to find that no stay is in effect) to allow George S. Michael to approve cash collateral order in the related case R&G Properties, a copy of which motion is attached and hereby served upon you. You may appear and be heard if you so desire.

                                      /s/    Keevan D. Morgan


**CERTIFICATE OF SERVICE**

    I, Keevan D. Morgan, an attorney, caused a copy of this Notice of the above described Motion to Withdraw to be served upon the ECF registered parties electronically on this 20th day of March, 2011.

                                      Pan American Bank

                                      By:    /s/ Keevan D. Morgan
                                             One of their Attorneys


Keevan D. Morgan
Morgan & Bley, Ltd.
900 W. Jackson Blvd.
Suite 4 East
Chicago, Illinois 60607
312.243.0006

-A-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| George S. Michael, ) | No. 10-43637 |
| ) | *Hon. A. Benjamin Goldgar* |
| Debtor. ) | |

**PAN AMERICAN BANK'S MOTION TO TERMINATE AUTOMATIC STAY OR TO FIND THAT NO STAY IS IN EFFECT TO ALLOW DEBTOR TO APPROVE RELATED DEBTOR, R&G PROPERTIES' USE OF CASH COLLATERAL**

Now comes Pan American Bank ("Pan American") by and through its attorneys, Keevan D. Morgan and Joel Blumenfeld of Morgan & Bley, Ltd., and moves this Honorable Court to terminate the automatic stay or to find no stay is in effect regarding the execution and approval by the Debtor, George S. Michael of a Final Order Approving and Authorizing the use of Pan American's cash collateral by the R&G Properties ("R&G"), the Debtor in related case No. 09-37463, for the period after February 1, 2010, *nunc pro tunc* to March 7, 2010. In support of this Motion, Pan American states as follows.

1. In or about the beginning of March, 201***0***, Pan American and R&G negotiated a final cash collateral order that was put on the Court's "draft order to follow" call.

2. On or about March 7, 2010 the Debtor's counsel informed Debtor's counsel that the cash collateral order had been entered.

3. In March, 2011, while the parties were discussing a provision of the order and various matters concerning the Debtor's proposed Plan, it became apparent to Pan American's attorney that in fact the cash collateral order had not been entered. The Debtor's counsel then confirmed this with Pan American's lawyer.

Page 1 of 2

4. Debtor's counsel believes that the order was or may have been misplaced or lost after being set-up by his office for delivery to Chambers, but he is not certain due to the passage of time.

5. In the R&G case, Pan American has moved to enter the cash collateral order *nunc pro tunc*, to March 7, 2010.

6. The provisions of the final cash collateral order have been carried out by both R&G and Pan Ameican, including the execution in March, 2010, of additional "Change in Terms" loan documents to effectuate the terms thereof. Part of those documents including, among other things, Debtor George C. Michael's guarantee and certain acknowledgments regarding R&G's obligations to Pan American. Mr. Michael has now just recently executed the R&G cash collateral order as called for, but Pan American is concerned that without this Court's permission for him to do so it might later be maintained that his doing so is an attempt to collect a pre-petition debt or some other similar type of violation of the automatic stay. Therefore, Pan American seeks hereby to terminate or annul the automatic stay or for the Court to determine that such signature is not a stay violation.

Wherefore, Pan American Bank prays that the Court enter an order annulling or terminating the automatic stay to authorize George C. Michael's approval of the cash collateral order or finding that the automatic stay does not affect same, and for such other and further relief in Pan American's favor as is fair and just.

Pan American Bank

By:/s/ Keevan D. Morgan
    One of its Attorneys

Keevan D. Morgan
Joel E. Blumenfeld
Morgan & Bley, Ltd.
900 W. Jackson Blvd
Suite 4 East
Chicago, IL 60607