**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| George S. Michael, | ) | Case No. 10-43637 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date: November 21, 2012 |
| | ) | Hearing Time: 9:30 a.m. |

**NOTICE OF MOTION**

To:   See service list attached

      **PLEASE TAKE NOTICE** that on the 21st day of November, 2012, at 9:30 a.m., I shall appear before the Honorable A. Benjamin Goldgar in Courtroom 613 of the U.S. Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, to then and there present **FINAL APPLICATION OF DI MONTE & LIZAK, LLC FOR ALLOWANCE OF COMPENSATION AS ATTORNEYS FOR DEBTOR IN POSSESSION**, pursuant to which DiMonte & Lizak, LLC seeks final compensation in the amount of $14,347.25 and final attorneys' fees and expenses in the amount of $848.87, at which time you may appear if you see fit.

                                         By:    /s/ Julia Jensen Smolka

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that copies of this Notice and attachment were served to the above persons or entities, if service by mail was indicated above, via First-Class Mail at Park Ridge, Illinois, 60068, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on the 29th day of October, 2012.

                                                  /s/ Julia Jensen Smolka

Abraham Brustein, #327662
Julia Jensen Smolka, #6272466
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
847-698-9600
847-698-9623 (fax)
abrustein@dimontelaw.com
jjensen@dimontelaw.com

**In re George S. Michael, et al.**
**Bankruptcy Case No. 10-43637**
**(Jointly Administered)**
**Service List**

**VIA ECF**

Patrick S. Layng
Office of U.S. Trustee, Region 11
219 S. Dearborn Street #873
Chicago, IL 60604

Attorney for NorStates Bank:
David P. Vallas
Wildman Harrold Allen & Dixon LLP
225 W. Wacker Drive #3000
Chicago, IL 60606
vallas@wildman.com

Attorney for Edgebrook Bank:
Timothy M. Swanson
Joel A. Stein
Deutsch, Levy & Engel, Ch.
225 W. Washington Street #1700
Chicago, IL 60606
312/346-1460
swanson@dlec.com
stein@dlec.com

Attorney for America United Bank:
Matthew A. Olins
Rosanne Ciambrone
Duane Morris LLP
190 S. LaSalle St., Suite 3700
Chicago, IL 60603
maolins@duanemorris.com
rciambrone@duanemorris.com

Attorney for Federal Deposit Insurance Corp.:
Stanley F. Orszula
Kenneth G. Kubes
200 N. Martingale Road #300
Schaumburg, IL 60173
847/273-9254
sorszula@fdic.gov
kenkubes@gmail.com

Attorney for Creditor:
Ashley L. Varterasian
Belongia, Shapiro & Franklin, LLP
20 S. Clark Street #300
Chicago, IL 60603
312/662-1030
avarterasian@belongialaw.com

Attorney for Creditor Missirlian & Associates:
Rudy E. Minasian
Missirlian & Associates
9933 Lawler Avenue #309
Skokie, IL 60077
rminasian@aol.com

Attorney for Delta Trading Company, Inc.:
Arthur F. Radke
Robbins, Salomon & Patt, Ltd.
25 E. Washington Street #1000
Chicago, IL 60602
aradke@rsplaw.com

Attorney for Republic Bank of Chicago:
Edward P. Freud
Ruff Weidenaar & Reidy Ltd.
222 N. LaSalle Street #700
Chicago, IL 60602
epfreud@rwrlaw.com

Attorney for American Enterprise Bank:
Lauren Newman
Thompson Coburn LLP
55 E. Monroe Street 37th Floor
Chicago, IL 60603
lnewman@thompsoncoburn.com

Attorney for R & G Properties:
Linda Spak
Spak & Associates
6928 N. Kenton Avenue
Lincolnwood, IL 60712
attorneyspak@yahoo.com

**VIA FIRST-CLASS MAIL**

George S. Michael
1955 Shore Acres Road
Lake Bluff, IL 60044

Internal Revenue Service
Bankruptcy Section
P.O. Box 7346
Philadelphia, PA  19101-7317

Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph Street
Chicago, IL 60601

Aaron A. Krolik
111 W. Washington, #1028
Chicago, IL 60602

AIA General Services
c/o Phillip Lewis
29 S. La Salle
Chicago, IL 60603

Allen C. Wesolowski
Martin & Karcazes, Ltd.
161 N. Clark Street, Suite 550
Chicago, IL 60601

Alli Traven & Cassandra Kramer
1754-56 W. Wellington, #3E
Chicago, IL 60657

Allstate Insurance
6317 N. Milwaukee
Chicago, IL 60646

American Express
Box 0001
Los Angeles, CA 90096-0001

Art Swiatlik & Annetia Nowak
1 N. Hamlin, Unit 3
Park Ridge, IL 60068

Bernice Barch
5941 N. Austin, Garden N
Chicago, IL

Beth Patella
5650 N. Central Avenue
Chicago, IL 60646

Carl Galvin
1754-56 W. Wellington, #2D
Chicago, IL 60657

Charlie Bosco
5680 N. Elston
Chicago, IL 60646

Charlotte Shubert
5941 N. Austin, 1S
Chicago, IL 60646

Chris Keraminas
3600 N. Lake Shore Dr
Chicago, IL 60613

Cindy Baranowski
1950 Parkside, Unit 2C
Park Ridge, IL 60068

CitiBank
P.O. Box 688923
Des Moines, IA 50368-8923

Citimortgage
P.O. Box 183040
Columbus, OH 43218-3040

City of Chicago
c/o Mara S. Georges, Corp. Counsel
30 North LaSalle Street #700
Chicago, IL 60602

City of Park Ridge
P.O. Box 4793
Carol Stream, IL 60197-4793

ComEd
P.O. Box 803457
Chicago, IL 60680-3457

Cousin's
3038 W. Irving Park Road
Chicago, IL 60618

Dave Kalsch
5654 N. Central Avenue
Chicago, IL 60646

David Audley
Chapman and Cutler LLP
111 W. Monroe Street
Chicago, IL 60603

David Cutler
8430 Gross Point Road 2nd Fl
Skokie, IL 60077

Delora Block Cores
6317 N. Milwaukee Avenue #1D
Chicago, IL 60646

Dianna & Mohammad Skafi
3312 W. Foster Avenue
Chicago, IL 60625

Donald Spencer
5749 N. Elston Avenue #2R
Chicago, IL 60646

Doruted Patrol
6508-10 W. Devon Avenue #2N
Chicago, IL 60631

Edward Dziadosz
5654 N. Central Avenue 2nd Floor
Chicago, IL 60646

Eli Vranjes
4201 W. Irving Park Road
Chicago, IL 60618

Evelyn Macalister
1 N. Hamlin Sdtreet #1
Park Ridge, IL 60068

Family Dentistry
6317 N. Milwaukee Avenue
Chicago, IL 60646

Faustino Lagunas
5749 N. Elston Avenue #1R
Chicago, IL 60646

First Commercial Bank
Attn: Dan Healy
6945 N. Clark Street
Chicago, IL 60626

Flood Brothers Disposal
17W697 Butterfield Road #E
Oakbrook Terrace, IL 60181

Florence Terabe
5680-86 Elston Avenue #2B
Chicago, IL 60646

Gelai Evans
5680-86 Elston Avenue #2C
Chicago, IL 60646

Ginger Trulio
5941 N. Austin Avenue Garden South
Chicago, IL 60646

Gladys Ahounou
Beauty Shop
6739 North Avenue
Oak Park, IL 60302

Gladys Ramos & Francisco Gonzalez
5749 N. Elston Avenue
Chicago, IL 60646

Greg Mitchell
5680-86 N. Elston Avenue #1D
Chicago, IL 60646

Gregory Gorlich
7N864 Northern Dancer
Saint Charles, IL 60175

Greta G. Weathersby
Peoples Energy
130 East Randolph Street
Chicago, IL 60601

Harris Bank
c/o Michael T. Benz
Chapman & Cutler LLP
111 W. Monroe Street #1400
Chicago, IL 60603

Holland & Knight LLP
Attn: Peter M. Friedman
131 S. Dearborn Street 30th Floor
Chicago, IL 60603

Illinois Department of Labor
c/o Mark H. Ishu
100 West Randolph Street 13th Floor
Chicago, IL 60601

Jadwiga Loj
3600 N. Lake Shore Drive
Chicago, IL 60613

James Scanlon
Scanlon & Mathews LLP
332 S. Michigan Avenue
Chicago, IL 60604

James Shea
5941 N. Austin Avenue #1N
Chicago, IL 60646

Janelle Fermaintt
c/o Kralovec Jambois & Schwartz
60 W. Randolph Street 4th Floor
Chicago, IL 60601

Janice Glenn
6317 N. Milwaukee Avenue #3D
Chicago, IL 60646

Jason Hopkins
3038 W. Irving Park Road 2nd Floor
Chicago, IL 60618

Javier and Claudia Hernandez
5633 N. Central Avenue 2nd Floor
Chicago, IL 60646

Jawed Khan
5680-86 N. Elston Avenue #2E
Chicago, IL 60646

Jeremy Kaulfers
5941 N. Austin Avenue #2N
Chicago, IL 60646

Jim Scordo
1 N. Hamlin Street #5
Park Ridge, IL 60068

Joe Johns
6739 W. North Avenue
Oak Park, IL 60302

Joel A. Schechter
53 W. Jackson Boulevard #1522
Chicago, IL 60604

John and Dana Hill
5749 N. Elston Avenue #2F
Chicago, IL 60646

John Vadaparampil
849 Franklin Street #1504
Chicago, IL

Johnny Price
5658 N. Central Avenue 1st Fl
Chicago, IL 60646

Hon. Jorge A. Solis, Director
IL Dept of Financial & Professional Regulation
122 South Michigan Avenue #1900
Chicago, IL 60603

Jose Dutra
c/o Robert A Destefano & Associates
6547 W. Cermak Road #LL1
Berwyn, IL 60402

Joseph Vallender
20 S. Dee Road #2C
Park Ridge, IL 60068

Juan Rodriguez
1431 N. Hamlin Avenue.
Chicago, IL 60651

Julie Sevilla & Wilfredo Sevilla
6508-10 W. Devon Avenue
Chicago, IL 60631

Karen Peplpmatas
17851 Torrence Avenue #2R
Lansing, IL 60438

Kenneth G. Kubes
1441 N. Wicker Park Avenue #4N
Chicago, IL 60622

Kunjamma Augustine James
1950 Parkside Avenue #2A
Park Ridge, IL 60068

Lake County Collector
18 N. County Street #102
Waukegan, IL 60085

Leslee Tornabene & Scott Nissen
1754-56 W. Wellington
Chicago, IL 60657

Linda Jacobson
6317 N. Milwaukee Avenue #3C
Chicago, IL 60646

Linda Millar
6508-10 W. Devon Avenue #1S
Chicago, IL 60631

Lisa Thigpen
6317 N. Milwaukee Avenue #2B
Chicago, IL 60646

Luis Romero
5941 N. Austin Avenue #2S
Chicago, IL 60646

Lykennia Ousley
6739 W. North Avenue
Oak Park, IL 60302

Margaret Morrison Borcia
32 N. West Street
Waukegan, IL 60085

Margarita Pulido
1950 Parkside Avenue #2B
Park Ridge, IL 60068

Maria Thompson
6317 N. Milwaukee, #2E
Chicago, IL 60646

Maricela Marin
6317 N. Milwaukee Avenue #3E
Chicago, IL 60646

Marie & Don Gautreaux
5772 W. Higgins Road 2nd Floor
Chicago, IL 60630

Marie Jade Galvan
5155 W. Addison Street
Chicago, IL 60641

Marilu Da Costa
20 S. Dee Road #.1C
Park Ridge, IL 60068

Mario Yolangco
5633 N. Central Avenue 1st Fl.
Chicago, IL 60646

Marius & Jennifer Tiria
4054-56 N. Marmora Avenue #2S
Chicago, IL 60634

Mark & Denise Labus
1 N. Hamlin Street # 6
Park Ridge, IL 60068

Michael Lewis
5911 W. Belle Plaine Avenue 2nd Fl
Chicago, IL 60634

Michael T. Benz
Chapman & Cutler LLP
111 W. Monroe Street
Chicago, IL 60603

Mid Care
4205 W. Irving Park Road
Chicago, IL 60618

Monson/Lofgren
6317 N. Milwaukee Avenue #3A
Chicago, IL 60646

Morrison & Morrison
Attn: Margaret Borcia
32 N. West Street
Waukegan, IL 60085

Mr. and Mrs. Breo
20 S. Dee Road # 2A
Park Ridge, IL 60068

Mr. and Mrs. Floyd
20 S. Dee Road #1B
Park Ridge, IL 60068

Nen Chy
5749 N. Elston Avenue #1F
Chicago, IL 60646

Neri Ramirez
6317 N. Milwaukee Avenue #1A
Chicago, IL 60646

Nicholas M. Duric
401 N. Wisner Street
Park Ridge, IL 60068

Nick La Puma
6508-10 W. Devon Avenue  #1W
Chicago, IL 60631

Nicor Gas
PO Box 416
Aurora, IL 60568-0001

Norman Patula
6317 N. Milwaukee Avenue  #2D
Chicago, IL 60646

North Maine Utilities
1225 Waukegan Road
Glenview, IL 60025

Omega Design
c/o Adam Mazur
4201 W. Irving Park Road
Chicago, IL 60618

Optimal Deli, Inc.
Attn: Kathy
5155 W. Addison Street
Chicago, IL 60641

Padma Edla
5600 N. Western Avenue
Chicago, IL 60659

Pan American Bank
6232 N. Pulaski Road
Chicago, IL 60646

Pantheon Builders
c/o Leon Zelechowski
111 W. Washington Street #1051
Chicago, IL 60602

People's Gas
Chicago, IL 60687-0001

Polly and Herbert Cole
5536 N. Artesian Avenue 1st Floor
Chicago, IL 60625

Richard C. Perna
Fuchs & Roselli Ltd
440 W. Randolph Street #500
Chicago, IL 60606

Richard S. Zachary
180 N. LaSalle Street #1925
Chicago, IL 60601

Richard Wolowicz
6508-10 W. Devon Avenue
Chicago, IL 60631

Robert Jackson
4201 W. Irving Park Road
Chicago, IL 60618

Robert Ostasz
1 N. Hamlin #Unit 4
Park Ridge, IL 60068

Roberts & Weddle, LLC
111 N. Canal, Ste 885
Chicago, IL 60606-7218

Roseanne's Beauty Shop
Hilda Mendoza
3604 N. Pulaski Rd
Chicago, IL 60641

Sal Cannela
5680-86 Elston, #1F
Chicago, IL 60646

Sarah and Derek Kurysz
6508-10 W. Devon, Garden East
Chicago, IL 60631

Sebastian Bulanda
3809 N. Harlem, #2C
Chicago, IL 60634

Sharon Dawkins
3312 Foster Avenue #2E
Chicago, IL 60625

Sheila Krawczyk
4201 W. Irving Park Road
Chicago, IL 60618

Solomon Blyakhman
1950 Parkside
Park Ridge, IL 60068

Tejal S. Desai
Fuchs & Roselli, Ltd.
440 W. Randolph Street #500
Chicago, IL 60606

The Armenian Church of Lake Bluff
1955 Shore Acres Road
Lake Bluff, IL 60044

Thomas Jordan
5658 N. Central, 2nd Floor
Chicago, IL 60646

Tom Cramer
866 N. Elston, 1st Floor
Chicago, IL 60618

Tracey Terry
5688 N. Elston
Chicago, IL 60646

Velazquez & Family Muffler
Mufflers for Less, Inc.
5703 N. Elston
Chicago, IL 60646

Victoria Edwards
6317 N. Milwaukee, #2C
Chicago, IL 60646

Village of Lansing
3141 Ridge Road
Lansing, IL 60438

Village of Oak Park
Utility Bill Account
P.O. Box 94895
Chicago, IL 60690

Wachovia Mortgage
c/o Pierce & Associates
1 N. Dearborn #1300
Chicago, IL 60602

Wallace Davis
c/o Al Hofeld
1525 E. 53rd St., Suite 903
Chicago, IL 60615

Walter and Joyce Kuchar
6508-10 W. Devon
Chicago, IL 60631

Warren Lupel
Lupel Weininger LLP
30 N. La Salle Street #3520
Chicago, IL 60602

Waste Management
PO Box 4648
Carol Stream, IL 60197-4648

Wayne B. Giampietro
2550 W. Golf Rd.  Suite 250
Rolling Meadows, IL 60008

William Conlon
5680-86 Elston, #2A
Chicago, IL 60646

Wiselaw Babicz
20 S. Dee Rd., Unit 1D
Park Ridge, IL 60068

Won Lee
6317 N. Milwaukee, #2A
Chicago, IL 60646

Yolanda Blumenberg
5155 W. Addison
Chicago, IL 60641

Zena Benyamin
1 N. Hamlin, Unit 2
Park Ridge, IL 60068

Holland & Knight LLP
Peter M. Friedman
131 S. Dearborn Street 30th Floor
Chicago, IL 60603

Beth Patella
6717 W. Irving Park Road
Chicago, IL 60634

Faith Dolgin
Assistant Attorney General
Revenue Litigations Bureau
IL Attorney General
100 W. Randolph Street 13th Floor
Chicago, IL 60601

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| George S. Michael, | ) | Case No. 10-43637 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing Date: November 21, 2012 |
| | ) | Hearing Time: 9:30 a.m. |

**FINAL APPLICATION OF DIMONTE & LIZAK, LLC FOR ALLOWANCE OF
COMPENSATION AS ATTORNEYS FOR DEBTOR IN POSSESSION**

Abraham Brustein, Julia Jensen Smolka and DiMonte & Lizak, LLC (collectively, the "Attorneys"), attorneys for George S. Michael("Debtor"), Debtor and Debtor in Possession, bring this final application pursuant to Sections 330, 331 and 507(a)(1) of the Bankruptcy Code seeking an award of final compensation incurred as attorneys for Debtor from January 1, 2012 through September 26, 2012 ("Application"). In support of this Application, the Attorneys state as follows:

**Background**

1. Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code on September 29, 2010 ("Petition Date").

2. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, Debtor has continued to operate his business and manage his affairs as a Debtor in Possession since the Petition Date. No trustee, examiner or committee has been appointed in this case.

1

3. On November 3, 2010, an order was entered in this case authorizing Debtor to retain the Attorneys as his attorneys in this case. A copy of the order is attached hereto and incorporated herein as **Exhibit A**.

4. This Application is the final request made by the Attorneys for allowance of compensation and reimbursement of expenses in this case. This application covers the period from January 1, 2012 through September 26, 2012.

**Relief Requested**

5. The Attorneys request entry of an order allowing final compensation and authorizing its payment in the amount of $14,347.25 for services rendered and for reimbursement of expenses in the amount of $848.87 for the period January 1, 2012 through September 26, 2012. A detailed itemization of the services rendered and the expenses for which reimbursement is sought is set forth in **Exhibits B and C,** respectively.

6. The services performed by the Attorneys have been categorized for purposes of this Application. There is a narrative description of the services for each category of service in this application. The itemization of services rendered in Exhibit B tracks the categories described in this application.

7. There have been instances in which a service rendered by the Attorneys involves multiple categories. In those cases, the time entries have been allocated to the Case Administration category.

8. At Paragraph 16 of this Application, after the narrative description of the services rendered, by category, there is an itemization for each attorney or paralegal for whom compensation is sought, showing the hourly compensation rate and the amount of compensation sought for that attorney's or paralegal services.

**Summary of Services Rendered**

*Case Administration (Category 1)*

9. The category of case administration includes the following types of service:

   a. Reviewing monthly operating reports with Debtor;

   b. Conferences with Debtor concerning Chapter 11 procedures;

   c. Conferences with Debtor involving multiple issues or topics;

   d. Communicating with creditors other than those secured actively involved in the case;

   e. Filing and serving pleadings, notices, certificates and other papers and maintaining appropriate service lists;

   f. Conferences with counsel for R&G Properties for coordination of efforts;

   g. Preparation of pleadings and orders which do not fall within a separate category of service; and

   h. Miscellaneous court appearances.

10. The Attorneys have expended 37.30 hours in rendering services in this category and seek compensation in the amount of $10,053.25.

*Creditors and Claims (Category 2)*

11. The Attorneys have reviewed the claims which were filed, and have communicated and otherwise negotiated with creditors throughout the case.

12. The Attorneys have expended 15.00 hours in rendering services in this category and seek compensation of $4,114.00.

*Attorneys and Paralegals Providing Services*

15.  The following Attorneys and Paralegals rendered services to Debtor for which compensation is requested in this application:

   a.  Abraham Brustein (AEB). Abraham Brustein has been a practicing attorney in Illinois since 1976. He has specialized in debtor-creditor relations, including insolvencies, bankruptcy cases and out of court restructurings since 1978, representing both debtors and creditors. He is the supervising attorney representing Debtor in this bankruptcy case;

   b.  Julia Jensen Smolka (JEJ) has been a practicing attorney in Illinois since October 2000 and has worked under Mr. Brustein's supervision since that time in bankruptcy cases, representing both creditors and debtors;

   c.  Derek D. Samz (DDS) is a 2006 graduate of the University of Illinois College of Law and has been an associate working under the supervision of Mr. Brustein since September of 2006. He has been delegated miscellaneous research projects relating to this case;

   d.  Adam J. Poteracki (AJP) is a 2007 graduate of the University of Wisconsin and has been an associate working under Mr. Brustein's supervision since September of 2007. He has been delegated miscellaneous research projects relating to this case; and

   e.  Law clerking services have been rendered by Sean Jordan (LC). Mr. Jordan is a recent graduate of John Marshall Law School. He holds a bachelor's degree from Illinois State University.

*Summary*

16.  A summary of the time expended by each Attorney and paralegal for whom compensation is requested is set forth below:

| Attorney | Hours | Rate | Compensation |
|---|---|---|---|
| Abraham Brustein (AEB) | 7.00 | $335.00 | $2,345.00 |
| Julia Jensen Smolka (JEJ) | 41.75 | $265.00 | $11,086.00 |
| Adam J. Poteracki | 3.40 | $200.00 | $680.00 |
| Law Clerk (LC) | .75 | $75.00 | $56.25 |

17. In this Application, the Attorneys seek compensation based upon rates negotiated and approved by Debtor prior to the Petition Date. The Attorneys believe that those rates are fair and reasonable and should be approved in considering this application. The court may also consider the nature of the services rendered, the complexity of the legal issues presented in the case, the skill of the attorneys rendering the services and the results obtained in determining the reasonableness of this request for compensation.

18. There are no agreements between the Attorneys and any other person for sharing compensation which has been or will be received, except for the agreement between the law firm of DiMonte & Lizak, LLC and its constituent partners concerning compensation.

19. Prior to the filing of the petition, Debtor paid a retainer to DiMonte & Lizak, LLC of $9,000.00. Debtor has made payments of $25,789 since the Petition Date to the date of the filing of this Motion.

*Notice*

20. The Attorneys have served this Application upon Debtor, the Office of the United States and the attorneys on the service list and upon all parties entitled to notice under Bankruptcy Rule 2002(a).

WHEREFORE, Abraham Brustein, Julia Jensen Smolka and DiMonte & Lizak, LLC request entry of an order:

A. Granting the Attorneys final compensation for services rendered as Attorneys for Debtor in the amount of $14,167.25;

B. Granting the Attorneys a final allowance for reimbursement of expenses incurred on behalf of Debtor in the amount of $848.87;

  C.  Authorizing Debtor to immediately pay to the Attorneys $14,167.25 for services and $848.87 for expenses; and

  D  Granting such further or other relief as may be appropriate under the circumstances.

            Respectfully submitted,

            DIMONTE & LIZAK, LLC

         By:  /s/ Julia Jensen Smolka
            One of the attorneys for Debtor

Abraham Brustein, #327662
Julia Jensen Smolka, #6272466
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
847-698-9600
847-698-9623 (fax)
abrustein@dimontelaw.com
jjensen@dimontelaw.com

C:\MyFiles\KDS\JEJ\Michael\George\Motions\Fee Applications\NOM & Application for Allowance of Final Compensation through 092612.wpd