UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-43637 |
| | ) | |
| GEORGE S. MICHAEL, | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Debtor(s) | ) | |

**ORDER DIRECTING DEBTOR TO FILE FINAL REPORT AND SCHEDULE OF POSTPETITION DEBTS**

This cause coming on to be heard upon the oral Motion of Joseph E. Cohen, Trustee herein, by and through his Attorney, Joseph E. Cohen of COHEN & KROL, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED:

That the Debtor is directed to file a schedule of unpaid debts incurred after the filing of the petition and before conversion of this case and a final report and account by July 10, 2013 pursuant to Rule 1019(5)(a) of the Rules of Bankruptcy Procedure.

Enter:

Dated: 24 JUN 2013

United States Bankruptcy Judge

**Prepared by:**
Joseph E. Cohen
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL  60602
(312) 368-0300

Rev: 20120209_bko