IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 10-43637 |
| George Michael | ) | Hon. A. Bengamin Goldgar |
| | ) | |
| Debtor. | ) | |

**Statement of Unpaid Liabilities and Final Report and Account**

George Michael submits the following Statement of Unpaid Liabilities and Final Report and Account in accordance with Bankruptcy Rule 1019 (5):

1. On September 29th 2010 the Debtor filed a voluntary petition for reorganization under chapter 11 of title 11, United States Code ("Code").

2. On January 16th 2013, the Court entered an order converting the case to a case under chapter 7 of the code effective January 16th 2013.

3. Joseph Cohen was appointed as interim trustee and continues to serve in that capacity.

4. All fees due to the Office of the United States Trustee have been paid.

5. All expenses incurred during the chapter 11 have been paid. Following are unpaid claims which have accrued since the filing of the Chapter 11 Case;

   A. Unpaid invoice of $6,702 to Speed Of Sound for emergency installation of home security.

6. The claim for attorney fees and costs of Dimonte and Lizak for their representation of Debtor has been scheduled.

7. Debtor has met with the Trustee and delivered all records requested by the Trustee and discussed all material aspects of the case with the Trustee.

8. No assets were liquidated with Court approval during Chapter 11 case- NONE

/s/Linda Spak
    Linda Spak

Linda Spak
2241 W. Howard St.
Chicago, IL   60645
(312)372-8703