# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL, GEORGE S | § | Case No. 10-43637 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 09/29/2010 . The case was converted to one under Chapter 7 on 01/16/2013 . The undersigned trustee was appointed on 01/16/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of $ 245,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 43,950.64 |
| Bank service fees | 928.21 |
| Other payments to creditors | 183,242.88 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $ 16,878.27 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  07/10/2014  and the deadline for filing governmental claims was  07/10/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,500.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 9,573.17  as interim compensation and now requests a sum of $ 5,926.83 , for a total compensation of $ 15,500.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 109.06 , for total expenses of $ 109.06 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/23/2018                    By:/s/JOSEPH E. COHEN
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-43637 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|
| Case Name: | MICHAEL, GEORGE S | | |

For Period Ending: 02/23/18

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 01/16/13 (c) |
| 341(a) Meeting Date: | 03/13/13 |
| Claims Bar Date: | 07/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Debtor resides in 1955 Shore Acres Road Lake Bluff | 0.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 300.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING Plaza Bank | 3,483.50 | 0.00 | | 0.00 | FA |
| 4. CHECKING - PAN AMERICAN BANK -#5506 | 892.61 | 0.00 | | 0.00 | FA |
| 5. CHECKING (u) | 9,841.08 | 9,841.08 | | 0.00 | FA |
| 6. FURNISHINGS | Unknown | 0.00 | | 0.00 | FA |
| 7. CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 8. IRA | 1,406.37 | 0.00 | | 0.00 | FA |
| 9. IRA | 9,499.59 | 0.00 | | 0.00 | FA |
| 10. PARTNERSHIP INTERESTS | Unknown | 25,000.00 | | 0.00 | FA |
| 11. NOTE - NICK TANGLIS | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 12. NOTE - FRANK RIPACK | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 13. NOTE - RUDY CLAI | 32,000.00 | 32,000.00 | | 0.00 | FA |
| 14. DAMAGE CLAIM VILLAGE OF LAKE BLUFF | Unknown | 0.00 | | 0.00 | FA |
| 15. CLAIM AGAINST VILLAGE OF LAKE BLUFF | Unknown | 0.00 | | 0.00 | FA |
| 16. CLAIM AGAINST VILLAGE OF DOLTON | Unknown | 0.00 | | 0.00 | FA |
| 17. CLAIM AGAINST FDIC | Unknown | 0.00 | | 0.00 | FA |
| 18. CLAIM AGAINST AMERICAN UNITED BANK | Unknown | 0.00 | | 0.00 | FA |
| 19. CLAIM AGAINST JOHN AND ANTHONY KLYTTA | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 20. CLAIM AGAINST ADRIANA MAZUTIS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21. LIQUOR LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 22. REAL ESTATE BROKERS LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 23. 2007 NAVIGATOR | 15,000.00 | 8,000.00 | | 0.00 | FA |
| 24. 1999 CHEVY SUBURBAN | 3,000.00 | 0.00 | | 0.00 | FA |
| 25. 1969 KARMANN GHIA | 500.00 | 5,000.00 | | 0.00 | FA |
| 26. 1963 CADILLAC | 1,500.00 | 5,000.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-43637   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MICHAEL, GEORGE S | Date Filed (f) or Converted (c): | 01/16/13 (c) |
| | | 341(a) Meeting Date: | 03/13/13 |
| | | Claims Bar Date: | 07/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. REIMBURSEMENT OF PAID EXPENSES (u) | 86,795.00 | 15,000.00 | | 0.00 | FA |
| 28. REAL ESTATE LOCATED 3600 N. LAKE SHORE DR CHICAGO (u) | 0.00 | 175,000.00 | | 218,750.00 | FA |
| Property located at 3600 N. Lake Shore Drive, Unit #1915, Chicago, IL 60613 sold per court order entered May 7, 2014.  Property located at 3600 N. Lake Shore Drive, Unit # 1916, Chicago, IL 60613, Chicago, IL sold per court order entered May 7, 2014.  Property located at 3600 N. Lake Shore Drive, Unit #1914, Chicago, IL 60613 sold per court order entered November 25, 2015. | | | | | |
| 29. 7431 N. Hoyne, Chicago, IL (u) | 0.00 | 30,000.00 | | 26,250.00 | FA |
| 30. DOG | 0.00 | 0.00 | | 0.00 | FA |
| 31. R & G PROPERTIES | Unknown | 0.00 | | 0.00 | FA |
| 32. MICHAEL REALTY & ASSOCIATES | Unknown | 0.00 | | 0.00 | FA |
| 33. BRUDDERS LLC | Unknown | 0.00 | | 0.00 | FA |
| 34. MICHAEL REALTY LLC | Unknown | 0.00 | | 0.00 | FA |
| 35. 300 W. SIBLEY LLC | Unknown | 0.00 | | 0.00 | FA |
| 36. SWEAT PEA LLC | Unknown | 0.00 | | 0.00 | FA |
| 37. CITIZENS FINANCIAL CORP. | 0.00 | 0.00 | | 0.00 | FA |
| 38. 5401 W. DEVON LLC | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $295,718.15 | $435,841.08 | | $245,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SUBMITTED TFR, NFR AND RELATED DOCUMENTS FOR UST APPROVAL - 1/8/2018.  TAX RETURNS FILED.  TRUSTEE PREPARING

FORM
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    3

Exhibit A

Case No:        10-43637    ABG    Judge: A. BENJAMIN GOLDGAR

Case Name:      MICHAEL, GEORGE S

Trustee Name:                                  JOSEPH E. COHEN

Date Filed (f) or Converted (c):    01/16/13 (c)

341(a) Meeting Date:                03/13/13

Claims Bar Date:                    07/10/14

TFR, NFR AND RELATED DOCUMENTS 10/30/17.  AWAITING TAX RETURNS; TFR TO FOLLOW - 6/27/17.

TRUSTEE WORKING WITH ACCOUNTANT TO FINALIZE TAX RETURNS - 1/10/17. TRUSTEE TO EMPLOY ACCOUNTANT - 10/31/16. ALL OF THE

REAL ESTATE HAS BEEN SOLD AND THE TRUSTEE IS WORKING ON HIS TFR AND RELATED DOCUMENTS - 7/30/2016.

TRUSTEE JUST CLOSED ON FINAL PARCEL OF REAL ESTATE - 04/30/16. TRUSTEE WAITING TO CLOSE ON FINAL PROPERTY - Oct. 31,

2015. SAME - July 30, 2015.  TRUSTEE STILL SELLING REAL ESTATE - April 25, 2015. SALE OF REAL ESTATE CONTINUES - Jan.

17, 2015.  THIS IS A CONVERTED CASE. TRUSTEE TRYING TO DETERMINE VALUE OF ASSETS OWNED BY THE DEBTOR.  TRUSTEE HAS

EMPLOYED SPECIAL COUNSEL TO PURSUE STATE COURT LITIGATION - January 22, 2014.  TRUSTEE IS EMPLOYING REAL ESTATE BROKER

TO SELL REAL ESTATE - April 30, 2014.  TRUSTEE HAS FILED MOTIONS TO SELL VARIOUS PARCELS OF REAL ESTATE - July 17, 2014.

TRUSTEE SELLING MORE PROPERTY - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 04/30/15        Current Projected Date of Final Report (TFR): 02/28/18

**FORM 2**

Page:  1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-43637  -ABG |
| Case Name: | MICHAEL, GEORGE S |
| | |
| Taxpayer ID No: | *******7965 |
| For Period Ending: | 02/23/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5720  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/14 | 28 | CHICAGO TITLE & TRUST COMPANY | Sale of 3600 N. Lake Shore Dr #1915 | | 15,000.00 | | 15,000.00 |
| | | | Proceeds from sale of real estate located at 3600 N. | | | | |
| | | | Lake Shore Drive, Unit #1915, Chicago, IL | | | | |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:     100,000.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | | Memo Amount:     (    76,752.17 ) | 4110-000 | | | |
| | | | Mortgage | | | | |
| | | | Memo Amount:     (     5,500.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount:     (     1,425.16 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:     (     1,322.67 ) | 2500-000 | | | |
| | | | transfer taxes, misc. costs of sale | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 14,985.62 |
| 07/25/14 | 28 | CHICAGO TITLE & TRUST CO. | Sale of 3600 N. Lake Shore Dr #1916 | | 6,937.50 | | 21,923.12 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:     46,250.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | FIRST COMMERCIAL BANK | Memo Amount:     (    34,698.91 ) | 4110-000 | | | |
| | | | Mortgage | | | | |
| | | MILLENNIUM PROPERTIES | Memo Amount:     (     2,312.50 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount:     (       662.62 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:     (     1,638.47 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| 07/25/14 | 300001 | Xcellence Inc. | Trustee Expenses | 2990-000 | | 188.24 | 21,734.88 |
| | | | Copying of sale motion | | | | |

| | | | |
|---|---|---|---|
| Page Subtotals | | 21,937.50 | 202.62 |

Page: 2

FOR Page 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-43637  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHAEL, GEORGE S | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5720  Checking Account |
| Taxpayer ID No: | *******7965 | | |
| For Period Ending: | 02/23/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/04/14 | 300002 | RICHARD PATINKIN | Attorney for Trustee fees | 3210-000 | | 1,687.50 | 20,047.38 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.58 | 20,022.80 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.47 | 19,991.33 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.77 | 19,962.56 |
| 10/09/14 | 300003 | CLERK US BANKRUPTCY COURT | SALE MOTION FEE | 2700-000 | | 176.00 | 19,786.56 |
| 11/03/14 | 300004 | PATINKIN & PATINKIN, LTD. | Attorney fees per court order | 3210-000 | | 1,995.00 | 17,791.56 |
| 11/07/14 | 300005 | COHEN & KROL | Sale motion fee reimbursement | 2700-000 | | 176.00 | 17,615.56 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.54 | 17,586.02 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.33 | 17,559.69 |
| 12/11/14 | 300006 | JOSEPH E. COHEN, TRUSTEE | Trustee Fees | 2100-000 | | 9,573.17 | 7,986.52 |
| | | | Trustee Fees | | | | |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.92 | 7,969.60 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.85 | 7,957.75 |
| 02/27/15 | 300007 | Arthur B. Levine Company | Bond premium | 2300-000 | | 8.62 | 7,949.13 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.69 | 7,938.44 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.81 | 7,926.63 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.40 | 7,915.23 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.77 | 7,903.46 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.37 | 7,892.09 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.73 | 7,880.36 |
| 09/02/15 | 29 | CHICAGO TITLE AND TRUST COMPANY | Sale of 7431 N. Hoyne Unit G | | 3,937.50 | | 11,817.86 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:        26,250.00 | 1210-000 | | | |
| | | | SALE OF 7431 N. HOYNE, CHICAGO, IL | | | | |
| | | MILLENIUM PROPERTIES | Memo Amount:     (     1,443.75 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |

| | | | Page Subtotals | | 3,937.50 | 13,854.52 | |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

Ver: 20.00g

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-43637 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MICHAEL, GEORGE S | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5720  Checking Account |
| Taxpayer ID No: | *******7965 | | | |
| For Period Ending: | 02/23/18 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | TAXES | Memo Amount:  (        685.68 ) | 2820-000 | | | |
| | | | TAXES | | | | |
| | | WATERFALL OLYMPIC MASTER FUND | Memo Amount:  (     17,119.90 ) | 4110-000 | | | |
| | | | MORTGAGE PAYOFF | | | | |
| | | CHICAGO TITLE & TRUST CO, | Memo Amount:  (      1,750.00 ) | 2500-000 | | | |
| | | | LAND TRUST FEES | | | | |
| | | MISC. CLOSING COSTS | Memo Amount:  (      1,313.17 ) | 2500-000 | | | |
| | | | Misc. expenses | | | | |
| | | | Misc. expenses | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.90 | 11,805.96 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.99 | 11,788.97 |
| 11/05/15 | 300008 | COHEN & KROL | REIMBURSEMENT OF SALE MOTION FEE | 2700-000 | | 176.00 | 11,612.97 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.53 | 11,595.44 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.72 | 11,578.72 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.21 | 11,561.51 |
| 01/18/16 | 28 | CHICAGO TITLE AND TRUST CO. | Proceeds 3600 LSD #1914 | | 10,524.59 | | 22,086.10 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE AND TRUST CO. | Memo Amount:        72,500.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | WATERFALL OLYMPIC MASTER FUND | Memo Amount:  (     54,671.90 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | COUNTY OF COOK | Memo Amount:  (      1,375.64 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | MILLENIUM PROPERTIES | Memo Amount:  (      3,987.50 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | TITLE CHARGES | Memo Amount:  (      1,940.37 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| | | | Title charges & prorations | | | | |

| | | | Page Subtotals | | 10,524.59 | 256.35 | |

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-43637  -ABG | |
| Case Name: | MICHAEL, GEORGE S | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5720  Checking Account |

Taxpayer ID No: *******7965
For Period Ending: 02/23/18

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.77 | 22,060.33 |
| 02/16/16 | 300009 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 8.23 | 22,052.10 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.68 | 22,021.42 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.74 | 21,988.68 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.64 | 21,957.04 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.64 | 21,924.40 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.54 | 21,892.86 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.55 | 21,860.31 |
| 08/08/16 | 300010 | PATINKIN & PATINKIN, LTD | | | | 4,596.09 | 17,264.22 |
| | | 89 LINCOLNWOOD ROAD | | | | | |
| | | HIGHLAND PARK, IL 60035 | | | | | |
| | | | Fees            4,544.09 | 3210-600 | | | |
| | | | Expenses          52.00 | 3220-610 | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.97 | 17,235.25 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.80 | 17,210.45 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.59 | 17,184.86 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.73 | 17,160.13 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.51 | 17,134.62 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.48 | 17,109.14 |
| 02/20/17 | 300011 | INTERNATIONAL SURETIES, LTD. | BOND#016073584 | 2300-000 | | 8.26 | 17,100.88 |
| | | 701 Poydras Street, Ste 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.98 | 17,077.90 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.39 | 17,052.51 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.53 | 17,027.98 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.31 | 17,002.67 |

Page Subtotals            0.00            5,083.43

LFORM24

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Ver: 20.00g

FORM 2                                                                                          Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit B

| Case No: | 10-43637  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHAEL, GEORGE S | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5720  Checking Account |
| Taxpayer ID No: | *******7965 | | |
| For Period Ending: | 02/23/18 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.46 | 16,978.21 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.25 | 16,952.96 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.20 | 16,927.76 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.36 | 16,903.40 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.13 | 16,878.27 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 245,000.00 | COLUMN TOTALS | 36,399.59 | 19,521.32 | 16,878.27 |
| Memo Allocation Disbursements: | 208,600.41 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 36,399.59 | 19,521.32 | |
| Memo Allocation Net: | 36,399.59 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 36,399.59 | 19,521.32 | |

| | | | NET | ACCOUNT |
| Total Allocation Receipts: | 245,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 208,600.41 | Checking Account - ********5720 | 36,399.59 | 19,521.32 | 16,878.27 |
| | | | ------------------------ | ------------------------ | ------------------------ |
| Total Memo Allocation Net: | 36,399.59 | | 36,399.59 | 19,521.32 | 16,878.27 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: March 02, 2018 |
|---|---|---|---|---|---|---|

Case Number:   10-43637
Debtor Name:   MICHAEL, GEORGE S

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-60 | PATINKIN & PATINKIN, LTD<br>89 LINCOLNWOOD ROAD<br>HIGHLAND PARK, IL 60035 | Administrative | | $8,278.59 | $8,278.59 | $0.00 |
| 001<br>3410-00 | COOKE & LEWIS, LTD.<br>333 Skokie Blvd.<br>Suite 104<br>Northbrook, IL 60062 | Administrative | | $1,993.75 | $0.00 | $1,993.75 |
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $5,020.81 | $0.00 | $5,020.81 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison St.,<br>Chicago, IL 60602 | Administrative | | $15,500.00 | $9,573.17 | $5,926.83 |
| 000024A<br>001<br>2950-00 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Administrative | | $975.00 | $0.00 | $975.00 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street, Ste 420<br>New Orleans, LA  70139 | Administrative | | $8.26 | $8.26 | $0.00 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $8.23 | $8.23 | $0.00 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Administrative | | $8.62 | $8.62 | $0.00 |
| 000001<br>050<br>4700-00 | Lake County Collector<br>18 N. County Street #102<br>Waukegan, IL 60085 | Secured | | $0.00 | $0.00 | $0.00 |
| 000002<br>050<br>4110-00 | Citibank NA.<br>P O Box 140609<br>Irving, TX 75019-0609 | Secured | | $0.00 | $0.00 | $0.00 |
| 000003<br>050<br>4110-00 | CitiMortgage, Inc.<br>P O Box 140609<br>Irving, TX 75019-0609 | Secured | | $0.00 | $0.00 | $0.00 |
| 000005<br>050<br>4120-00 | City of Chicago Department of Revenue<br>Water Mgmt.-Billing/Customer Service<br>333 South State Street<br>Suite LL10<br>Chicago, Illinois - IL<br>60604 | Secured | | $4.96 | $0.00 | $4.96 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2

Date: March 02, 2018

Case Number:   10-43637

Debtor Name:   MICHAEL, GEORGE S

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000013 050 4110-00 | Harris N.A. 111 W. Monroe Street Chicago, Illinois 60603 | Secured | | $0.00 | $0.00 | $0.00 |
| 000006A 040 5600-00 | John Vadaparampil c/o Joel A Schechter 53 W Jackson Blvd, Ste 1522 Chicago, IL 60604 | Priority | 1/2 of claim filed in both Michael cases | $1,300.00 | $0.00 | $1,300.00 |
| 000009A 050 5800-00 | Illinois Department of Revenue Bankruptcy Unit 100 W. Randolph st., #7-400 Chicago, IL 60601 | Priority | | $31.92 | $0.00 | $31.92 |
| 000010 040 5600-00 | Walter and Joyce Kuchar 6508-10 W. Devon Chicago, IL 60631 | Priority | | $875.00 | $0.00 | $875.00 |
| 000029 040 5600-00 | Dave Kalsch 5654 N. Central Ave., Apt. 1 Chicago, IL 60646 | Priority | | $750.00 | $0.00 | $750.00 |
| 000004 070 7100-00 | J&J Sports Productions Inc c/o Andre Ordeanu, Zane D Smith 415 N LaSalle St, ste 300 Chicago, IL 60654 | Unsecured | | $110,000.00 | $0.00 | $110,000.00 |
| 000006B 070 7100-00 | John Vadaparampil c/o Joel A Schechter 53 W Jackson Blvd, Ste 1522 Chicago, IL 60604 | Unsecured | | $58,559.90 | $0.00 | $58,559.90 |
| 000007 070 7100-00 | Internal Revenue Service Po Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000008 070 7100-00 | Michael Lewis 5911 W Belle Plaine, 2nd fl Chicago, IL 60634 | Unsecured | | $690.00 | $0.00 | $690.00 |
| 000009B 070 7100-00 | Illinois Department of Revenue Bankruptcy Unit 100 W. Randolph st., #7-400 Chicago, IL 60601 | Unsecured | | $220.20 | $0.00 | $220.20 |
| 000011 070 7100-00 | Village of Lake Bluff Attn: Peter Friedman, Esq Holland & Knight LLP 131 S. Dearborn, 30th Floor Chicago, IL 60603 | Unsecured | Claim withdrawn | $0.00 | $0.00 | $0.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3                                                                    Date: March 02, 2018

Case Number:    10-43637
Debtor Name:    MICHAEL, GEORGE S                    Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|--------|------------------------|-------------|-------|----------------|--------------|---------------|
| 000012<br>070<br>7100-00 | Delta Trading Co Inc<br>c/o Arthur F Radke<br>25 E Washington St, #1000<br>Chicago, IL 60602 | Unsecured | | $10,027,540.00 | $0.00 | $10,027,540.00 |
| 000014<br>070<br>7100-00 | American United Bank<br>c/o Rosanne Ciambrone/Matthew A<br>Olins<br>190 S LaSalle St, Ste 3700<br>Chicago, IL 60603 | Unsecured | | $4,100,000.00 | $0.00 | $4,100,000.00 |
| 000015<br>070<br>7100-00 | FDIC as Receiver for Citizens Bank &<br>Trust<br>c/o Craig Penrose, Esq.<br>200 N. Martingale Rd., Suite 200<br>Schaumburg, Il 60173 | Unsecured | | $4,662,072.00 | $0.00 | $4,662,072.00 |
| 000016<br>070<br>7100-00 | FDIC as Receiver for Citizens Bank &<br>Trust<br>c/o Craig Penrose, Esq.<br>200 N. Martingale Rd., Suite 200<br>Schaumburg, Il 60173 | Unsecured | | $200,000.00 | $0.00 | $200,000.00 |
| 000017<br>070<br>7100-00 | The First Commercial Bank<br>6945 N. Clark Street<br>Chicago, IL 60626 | Unsecured | | $1,964,102.73 | $0.00 | $1,964,102.73 |
| 000018<br>070<br>7100-00 | Harry Missirlian<br>9933 Lawler Ave<br>Suite 309<br>Skokie, IL 60077 | Unsecured | | $5,100,000.00 | $0.00 | $5,100,000.00 |
| 000019<br>070<br>7100-00 | Belongia, Shaprio & Hynes, LLC<br>20 S. Clark Street #300<br>Chicago, IL 60603 | Unsecured | | $122,175.64 | $0.00 | $122,175.64 |
| 000020<br>070<br>7100-00 | Edgebrook Bank<br>Deutsch Levy Engel/Joel A Stein<br>225 W Washington St, #1700<br>Chicago, IL 60606 | Unsecured | | $2,699,347.99 | $0.00 | $2,699,347.99 |
| 000021<br>070<br>7100-00 | Pantheon Builders<br>c/o Leon Zelechowski<br>111 W. Washington St., Suite 1051<br>Chicago, IL 60602 | Unsecured | | $78,687.42 | $0.00 | $78,687.42 |
| 000022<br>070<br>7100-00 | Federal Deposit Insurance Corp<br>300 S. Riverside Plaza, Suite 1700<br>Chicago, IL 60606 | Unsecured | | $75,000.00 | $0.00 | $75,000.00 |
| 000023<br>070<br>7100-00 | John Vanko<br>c/o Paul Lawent<br>80 Essex Road<br>Elk Grove Village, IL 60007 | Unsecured | | $43,200.00 | $0.00 | $43,200.00 |

Page 4

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: March 02, 2018

Case Number:   10-43637
Debtor Name:   MICHAEL, GEORGE S

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000025 070 7100-00 | CITY OF CHICAGO - DEPARTMENT OF FINANCE C/O ROBERTS AND WEDDLE, LLC 309 W. WASHINGTON ST. SUITE 500 CHICAGO, IL 60606 | Unsecured | | $1,337.96 | $0.00 | $1,337.96 |
| 000026 070 7100-00 | Nicholas M. Duric c/o Fritzshall & Pawlowski 6584 N Northwest Hwy Chicago, IL 60631 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| 000027 070 7100-00 | Nicholas M. Duric c/o Fritzshall & Pawlowski 6584 N Northwest Hwy Chicago, IL 60631 | Unsecured | | $50,000.00 | $0.00 | $50,000.00 |
| 000028 070 7100-00 | Federal Deposit Insurance Corp 300 S. Riverside Plaza, Suite 1700 Chicago, IL 60606 | Unsecured | | $75,000.00 | $0.00 | $75,000.00 |
| 000030 070 7100-00 | Michael K Desmond, Ch 7 Trustee for R&G Properties Figliulo & Silverman, P.C. 10 South LaSalle Street, Suite 3600 Chicago, Illinois 60603 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000031 070 7100-00 | Monty Titling Trust 1, Capital Crossing Servicing Co LLC c/o Chapman & Culter LLP 111 W. Monroe St. Chicago, IL 60603 | Unsecured | | $2,894,421.59 | $0.00 | $2,894,421.59 |
| | Case Totals: | | | $32,347,110.57 | $17,876.87 | $32,329,233.70 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-43637
Case Name: MICHAEL, GEORGE S
Trustee Name: JOSEPH E. COHEN

Balance on hand                                  $         16,878.27

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Lake County Collector 18 N. County Street #102 Waukegan, IL 60085 | $ 248,299.11 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Citibank NA. P O Box 140609 Irving, TX 75019-0609 | $ 1,964,787.55 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | CitiMortgage, Inc. P O Box 140609 Irving, TX 75019-0609 | $ 4,053,742.36 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | City of Chicago Department of Revenue Water Mgmt.- Billing/Customer Service 333 South State Street Suite LL10 Chicago, Illinois - IL 60604 | $ 4.96 | $ 4.96 | $ 0.00 | $ 4.96 |

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000013 | Harris N.A.<br>111 W. Monroe Street<br>Chicago, Illinois 60603 | $  3,494,169.63 | $          0.00 | $          0.00 | $          0.00 |

Total to be paid to secured creditors    $_____4.96

Remaining Balance    $_____16,873.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $    15,500.00 | $    9,573.17 | $    5,926.83 |
| Attorney for Trustee Fees: COHEN & KROL | $    4,695.01 | $    0.00 | $    4,695.01 |
| Attorney for Trustee Expenses: COHEN & KROL | $    325.80 | $    0.00 | $    325.80 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $    1,993.75 | $    0.00 | $    1,993.75 |
| Fees: Office of the U.S. Trustee | $    975.00 | $    0.00 | $    975.00 |
| Other: Arthur B. Levine Company | $    8.62 | $    8.62 | $    0.00 |
| Other: PATINKIN & PATINKIN, LTD | $    8,226.59 | $    8,226.59 | $    0.00 |
| Other: PATINKIN & PATINKIN, LTD | $    52.00 | $    52.00 | $    0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $    8.26 | $    8.26 | $    0.00 |
| Other: ADAMS-LEVINE | $    8.23 | $    8.23 | $    0.00 |

Total to be paid for chapter 7 administrative expenses    $_____13,916.39

Remaining Balance    $_____2,956.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,956.92  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | John Vadaparampil c/o Joel A Schechter 53 W Jackson Blvd, Ste 1522 Chicago, IL 60604 | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| 000009A | Illinois Department of Revenue Bankruptcy Unit 100 W. Randolph st., #7-400 Chicago, IL 60601 | $ 31.92 | $ 0.00 | $ 31.92 |
| 000010 | Walter and Joyce Kuchar 6508-10 W. Devon Chicago, IL 60631 | $ 875.00 | $ 0.00 | $ 875.00 |
| 000029 | Dave Kalsch 5654 N. Central Ave., Apt. 1 Chicago, IL 60646 | $ 750.00 | $ 0.00 | $ 750.00 |

Total to be paid to priority creditors          $_____2,956.92

Remaining Balance          $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,312,355.43  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | J&J Sports Productions Inc c/o Andre Ordeanu, Zane D Smith 415 N LaSalle St, ste 300 Chicago, IL 60654 | $      110,000.00 | $        0.00 | $        0.00 |
| 000006B | John Vadaparampil c/o Joel A Schechter 53 W Jackson Blvd, Ste 1522 Chicago, IL 60604 | $       58,559.90 | $        0.00 | $        0.00 |
| 000007 | Internal Revenue Service Po Box 7346 Philadelphia, PA 19101-7346 | $            0.00 | $        0.00 | $        0.00 |
| 000008 | Michael Lewis 5911 W Belle Plaine, 2nd fl Chicago, IL 60634 | $          690.00 | $        0.00 | $        0.00 |
| 000009B | Illinois Department of Revenue Bankruptcy Unit 100 W. Randolph st., #7-400 Chicago, IL 60601 | $          220.20 | $        0.00 | $        0.00 |
| 000011 | Village of Lake Bluff Attn: Peter Friedman, Esq Holland & Knight LLP 131 S. Dearborn, 30th Floor Chicago, IL 60603 | $            0.00 | $        0.00 | $        0.00 |
| 000012 | Delta Trading Co Inc c/o Arthur F Radke 25 E Washington St, #1000 Chicago, IL 60602 | $   10,027,540.00 | $        0.00 | $        0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | American United Bank c/o Rosanne Ciambrone/Matthew A Olins 190 S LaSalle St, Ste 3700 Chicago, IL 60603 | $   4,100,000.00 | $   0.00 | $   0.00 |
| 000015 | FDIC as Receiver for Citizens Bank & Trust c/o Craig Penrose, Esq. 200 N. Martingale Rd., Suite 200 Schaumburg, Il 60173 | $   4,662,072.00 | $   0.00 | $   0.00 |
| 000016 | FDIC as Receiver for Citizens Bank & Trust c/o Craig Penrose, Esq. 200 N. Martingale Rd., Suite 200 Schaumburg, Il 60173 | $   200,000.00 | $   0.00 | $   0.00 |
| 000017 | The First Commercial Bank 6945 N. Clark Street Chicago, IL 60626 | $   1,964,102.73 | $   0.00 | $   0.00 |
| 000018 | Harry Missirlian 9933 Lawler Ave Suite 309 Skokie, IL 60077 | $   5,100,000.00 | $   0.00 | $   0.00 |
| 000019 | Belongia, Shaprio & Hynes, LLC 20 S. Clark Street #300 Chicago, IL 60603 | $   122,175.64 | $   0.00 | $   0.00 |
| 000020 | Edgebrook Bank Deutsch Levy Engel/Joel A Stein 225 W Washington St, #1700 Chicago, IL 60606 | $   2,699,347.99 | $   0.00 | $   0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Pantheon Builders c/o Leon Zelechowski 111 W. Washington St., Suite 1051 Chicago, IL 60602 | $           78,687.42 | $                0.00 | $                0.00 |
| 000022 | Federal Deposit Insurance Corp 300 S. Riverside Plaza, Suite 1700 Chicago, IL 60606 | $           75,000.00 | $                0.00 | $                0.00 |
| 000023 | John Vanko c/o Paul Lawent 80 Essex Road Elk Grove Village, IL 60007 | $           43,200.00 | $                0.00 | $                0.00 |
| 000025 | CITY OF CHICAGO - DEPARTMENT OF FINANCE C/O ROBERTS AND WEDDLE, LLC 309 W. WASHINGTON ST. SUITE 500 CHICAGO, IL 60606 | $             1,337.96 | $                0.00 | $                0.00 |
| 000026 | Nicholas M. Duric c/o Fritzshall & Pawlowski 6584 N Northwest Hwy Chicago, IL 60631 | $           50,000.00 | $                0.00 | $                0.00 |
| 000027 | Nicholas M. Duric c/o Fritzshall & Pawlowski 6584 N Northwest Hwy Chicago, IL 60631 | $           50,000.00 | $                0.00 | $                0.00 |
| 000028 | Federal Deposit Insurance Corp 300 S. Riverside Plaza, Suite 1700 Chicago, IL 60606 | $           75,000.00 | $                0.00 | $                0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000030 | Michael K Desmond, Ch 7 Trustee for R&G Properties Figliulo & Silverman, P.C. 10 South LaSalle Street, Suite 3600 Chicago, Illinois 60603 | $          0.00 | $          0.00 | $          0.00 |
| 000031 | Monty Titling Trust 1, Capital Crossing Servicing Co LLC c/o Chapman & Culter LLP 111 W. Monroe St. Chicago, IL 60603 | $    2,894,421.59 | $          0.00 | $          0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE