# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL, GEORGE S | § | Case No. 10-43637 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. DEARBORN ST., CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/21/2018 in Courtroom 642.
United States District Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/02/2018          By: Joseph E. Cohen
                                       Trustee


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re: §
§
§
MICHAEL, GEORGE S § Case No. 10-43637
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 245,000.00 |
| and approved disbursements of | $ | 228,121.73 |
| leaving a balance on hand of[1] | $ | 16,878.27 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Lake County Collector<br>18 N. County Street<br>#102<br>Waukegan, IL 60085 | $ 248,299.11 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Citibank NA.<br>P O Box 140609<br>Irving, TX 75019-0609 | $ 1,964,787.55 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | CitiMortgage, Inc.<br>P O Box 140609<br>Irving, TX 75019-0609 | $ 4,053,742.36 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005 | City of Chicago Department of Revenue Water Mgmt.-Billing/Customer Service 333 South State Street Suite LL10 Chicago, Illinois - IL 60604 | $ 4.96 | $ 4.96 | $ 0.00 | $ 4.96 |
| 000013 | Harris N.A. 111 W. Monroe Street Chicago, Illinois 60603 | $ 3,494,169.63 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | | $ 4.96 |
| Remaining Balance | | $ 16,873.31 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 15,500.00 | $ 9,573.17 | $ 5,926.83 |
| Attorney for Trustee Fees: COHEN & KROL | $ 4,695.01 | $ 0.00 | $ 4,695.01 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 325.80 | $ 0.00 | $ 325.80 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 1,993.75 | $ 0.00 | $ 1,993.75 |
| Fees: Office of the U.S. Trustee | $ 975.00 | $ 0.00 | $ 975.00 |
| Other: Arthur B. Levine Company | $ 8.62 | $ 8.62 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: PATINKIN & PATINKIN, LTD | $ 8,226.59 | $ 8,226.59 | $ 0.00 |
| Other: PATINKIN & PATINKIN, LTD | $ 52.00 | $ 52.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 8.26 | $ 8.26 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 8.23 | $ 8.23 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        13,916.39

Remaining Balance        $        2,956.92

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,956.92 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | John Vadaparampil<br>c/o Joel A Schechter<br>53 W Jackson Blvd, Ste 1522<br>Chicago, IL 60604 | $ 1,300.00 | $ 0.00 | $ 1,300.00 |
| 000009A | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph st., #7-400<br>Chicago, IL 60601 | $ 31.92 | $ 0.00 | $ 31.92 |
| 000010 | Walter and Joyce Kuchar<br>6508-10 W. Devon<br>Chicago, IL 60631 | $ 875.00 | $ 0.00 | $ 875.00 |
| 000029 | Dave Kalsch<br>5654 N. Central Ave., Apt. 1<br>Chicago, IL 60646 | $ 750.00 | $ 0.00 | $ 750.00 |

Total to be paid to priority creditors        $        2,956.92

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,212,355.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | J&J Sports Productions Inc<br>c/o Andre Ordeanu, Zane D Smith<br>415 N LaSalle St, ste 300<br>Chicago, IL 60654 | $ 110,000.00 | $ 0.00 | $ 0.00 |
| 000006B | John Vadaparampil<br>c/o Joel A Schechter<br>53 W Jackson Blvd, Ste 1522<br>Chicago, IL 60604 | $ 58,559.90 | $ 0.00 | $ 0.00 |
| 000007 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | Michael Lewis<br>5911 W Belle Plaine, 2nd fl<br>Chicago, IL 60634 | $ 690.00 | $ 0.00 | $ 0.00 |
| 000009B | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph st., #7-400<br>Chicago, IL 60601 | $ 220.20 | $ 0.00 | $ 0.00 |
| 000011 | Village of Lake Bluff<br>Attn: Peter Friedman, Esq<br>Holland & Knight LLP<br>131 S. Dearborn, 30th Floor<br>Chicago, IL 60603 | Claim withdrawn<br>$ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Delta Trading Co Inc<br>c/o Arthur F Radke<br>25 E Washington St, #1000<br>Chicago, IL 60602 | $ 10,027,540.00 | $ 0.00 | $ 0.00 |
| 000014 | American United Bank<br>c/o Rosanne Ciambrone/Matthew A Olins<br>190 S LaSalle St, Ste 3700<br>Chicago, IL 60603 | $ 4,100,000.00 | $ 0.00 | $ 0.00 |
| 000015 | FDIC as Receiver for Citizens Bank & Trust<br>c/o Craig Penrose, Esq.<br>200 N. Martingale Rd., Suite 200<br>Schaumburg, Il 60173 | $ 4,662,072.00 | $ 0.00 | $ 0.00 |
| 000016 | FDIC as Receiver for Citizens Bank & Trust<br>c/o Craig Penrose, Esq.<br>200 N. Martingale Rd., Suite 200<br>Schaumburg, Il 60173 | $ 200,000.00 | $ 0.00 | $ 0.00 |
| 000017 | The First Commercial Bank<br>6945 N. Clark Street<br>Chicago, IL 60626 | $ 1,964,102.73 | $ 0.00 | $ 0.00 |
| 000018 | Harry Missirlian<br>9933 Lawler Ave<br>Suite 309<br>Skokie, IL 60077 | $ 5,100,000.00 | $ 0.00 | $ 0.00 |
| 000019 | Belongia, Shaprio & Hynes, LLC<br>20 S. Clark Street #300<br>Chicago, IL 60603 | $ 122,175.64 | $ 0.00 | $ 0.00 |
| 000020 | Edgebrook Bank<br>Deutsch Levy Engel/Joel A Stein<br>225 W Washington St, #1700<br>Chicago, IL 60606 | $ 2,699,347.99 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000021 | Pantheon Builders<br>c/o Leon Zelechowski<br>111 W. Washington St., Suite 1051<br>Chicago, IL 60602 | $ 78,687.42 | $ 0.00 | $ 0.00 |
| 000022 | Federal Deposit Insurance Corp<br>300 S. Riverside Plaza, Suite 1700<br>Chicago, IL 60606 | $ 75,000.00 | $ 0.00 | $ 0.00 |
| 000023 | John Vanko<br>c/o Paul Lawent<br>80 Essex Road<br>Elk Grove Village, IL 60007 | $ 43,200.00 | $ 0.00 | $ 0.00 |
| 000025 | CITY OF CHICAGO - DEPARTMENT OF FINANCE<br>C/O ROBERTS AND WEDDLE, LLC<br>309 W. WASHINGTON ST. SUITE 500<br>CHICAGO, IL 60606 | $ 1,337.96 | $ 0.00 | $ 0.00 |
| 000026 | Nicholas M. Duric<br>c/o Fritzshall & Pawlowski<br>6584 N Northwest Hwy<br>Chicago, IL 60631 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000027 | Nicholas M. Duric<br>c/o Fritzshall & Pawlowski<br>6584 N Northwest Hwy<br>Chicago, IL 60631 | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 000028 | Federal Deposit Insurance Corp<br>300 S. Riverside Plaza, Suite 1700<br>Chicago, IL 60606 | $ 75,000.00 | $ 0.00 | $ 0.00 |
| 000030 | Michael K Desmond, Ch 7 Trustee for R&G Properties<br>Figliulo & Silverman, P.C.<br>10 South LaSalle Street, Suite 3600<br>Chicago, Illinois 60603 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000031 | Monty Titling Trust 1, Capital Crossing Servicing Co LLC c/o Chapman & Culter LLP 111 W. Monroe St. Chicago, IL 60603 | $ 2,894,421.59 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph E. Cohen
                            Trustee

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.