IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **GEORGE S. MICHAEL,** | ) | No. 10-43637 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:   See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on March 2, 2018, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                               BY:/s/ Joseph E. Cohen

| | | |
|---|---|---|
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | American United Bank<br>321 West Golf Rd<br>Schaumburg, IL 60196-0001 | American United Bank<br>c/o Rosanne Ciambrone/Matthew A Olins<br>190 S LaSalle St, Ste 3700<br>Chicago, IL 60603-3433 |
| Belongia, Shaprio & Hynes, LLC<br>20 S. Clark Street #300<br>Chicago, IL 60603-1896 | BMO Harris Bank N.A. f/k/a Harris N.A.<br>111 W. Monroe St.<br>Chicago, IL 60603-4096 | Citibank NA.<br>P O Box 140609<br>Irving, TX 75014-0609 |
| CitiMortgage, Inc.<br>P O Box 140609<br>Irving, TX 75014-0609 | City of Chicago<br>Dept. of Finance<br>121 N. LaSalle St.<br>Chicago, IL 60602-1202 | Dave Kalsch<br>5654 N. Central Ave.,<br>Apt. 1<br>Chicago, IL 60646-6409 |
| Delta Trading Co Inc<br>c/o Arthur F Radke<br>25 E Washington St, #1000<br>Chicago, IL 60602-1708 | Edgebrook Bank<br>6000 W. Touhy<br>Chicago, IL 60646-1277 | FDIC as Receiver for Citizens Bank & Trust<br>c/o Craig Penrose, Esq.<br>200 N. Martingale Rd., Suite 200<br>Schaumburg, Il 60173-2033 |
| Federal Deposit Insurance Corp<br>550 17th St NW<br>Washington, DC 20429-0002 | George S Michael<br>5860 N Elston Avenue<br>Chicago, IL 60646 | Harris N.A.<br>111 W. Monroe Street<br>Chicago, Illinois 60603-4095 |
| Harry Missirlian<br>9933 Lawler Ave<br>Suite 309<br>Skokie, IL 60077-3783 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | J&J Sports Productions Inc<br>c/o Andre Ordeanu, Zane D Smith<br>415 N LaSalle St, ste 300<br>Chicago, IL 60654-2741 |
| Joel A. Schechter<br>53 W. Jackson Blvd., Ste 1522<br>Chicago, IL 60604-3761 | John Vadaparampil<br>849 Franklin #1504<br>Chicago, IL<br>NorStates Bank<br>1601 N Lewis Ave<br>Waukegan, IL 60085-1761 | John Vanko<br>c/o Paul Lawent<br>80 Essex Road<br>Elk Grove Village, IL 60007-3935 |
| Lake County Collector<br>18 N. County Street #102<br>Waukegan, IL 60085-4364 | Michael K Desmond, Ch 7 Trustee for R&G Prop<br>Figliulo & Silverman, P.C.<br>10 South LaSalle Street, Suite 3600<br>Chicago, Illinois 60603-1032 | Michael Lewis<br>5911 W Belle Plaine, 2nd fl<br>Chicago, IL 60634-1642 |
| Monty Titling Trust 1,<br>Capital Crossing Servicing Co LLC<br>c/o Chapman & Culter LLP<br>111 W. Monroe St.<br>Chicago, IL 60603-4096 | Nicholas M. Duric<br>c/o Fritzshall & Pawlowski<br>6584 N Northwest Hwy<br>Chicago, IL 60631-1415 | Office of the U.S. Trustee<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604-2027 |
| Pantheon Builders<br>c/o Leon Zelechowski<br>111 W. Washington St., Suite 1051<br>Chicago, IL 60602-2741 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Republic Bank of Chicago<br>2221 Camden Court<br>Oak Brook, IL 60523-4516 |

| | | |
|---|---|---|
| The First Commercial Bank<br>6945 N. Clark Street<br>Chicago, IL 60626-3298 | Village of Lake Bluff<br>Attn: Peter Friedman, Esq<br>Holland & Knight LLP<br>131 S. Dearborn, 30th Floor<br>Chicago, IL 60603-5550 | Walter and Joyce Kuchar<br>6508-10 W. Devon<br>Chicago, IL 60631-2072 |