# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL, GEORGE S | § | Case No. 10-43637 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 277,912.19          Assets Exempt: 17,805.96
*(Without deducting any secured claims)*

Total Distributions to Claimants:  186,204.76          Claims Discharged
                                                       Without Payment:  68,921,455.75

Total Expenses of Administration:  58,795.24

3) Total gross receipts of $ 245,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 245,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 9,944,246.49 | $ 183,247.84 | $ 183,247.84 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 72,050.91 | 72,050.91 | 58,795.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 5,006.92 | 2,956.92 | 2,956.92 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,609,100.32 | 32,312,355.43 | 32,312,355.43 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 36,609,100.32 | $ 42,333,659.75 | $ 32,570,611.10 | $ 245,000.00 |

4) This case was originally filed under chapter 11 on 09/29/2010 , and it was converted to chapter 7 on 01/16/2013 . The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2018                By:/s/JOSEPH E. COHEN
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Real Property | 1210-000 | 245,000.00 |
| TOTAL GROSS RECEIPTS | | $245,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CITIBANK NA. | 4110-000 | NA | 1,964,787.55 | 0.00 | 0.00 |
| 000003 | CITIMORTGAGE, INC. | 4110-000 | NA | 4,053,742.36 | 0.00 | 0.00 |
| | FIRST COMMERCIAL BANK | 4110-000 | NA | 34,698.91 | 34,698.91 | 34,698.91 |
| 000013 | HARRIS N.A. | 4110-000 | NA | 3,494,169.63 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mortgage | 4110-000 | NA | 76,752.17 | 76,752.17 | 76,752.17 |
| | WATERFALL OLYMPIC MASTER FUND | 4110-000 | NA | 71,791.80 | 71,791.80 | 71,791.80 |
| 000005 | CITY OF CHICAGO DEPARTMENT OF REVEN | 4120-000 | NA | 4.96 | 4.96 | 4.96 |
| 000001 | LAKE COUNTY COLLECTOR | 4700-000 | NA | 248,299.11 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 9,944,246.49 | $ 183,247.84 | $ 183,247.84 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 25,073.17 | 25,073.17 | 15,500.00 |
| ADAMS-LEVINE | 2300-000 | NA | 8.23 | 8.23 | 8.23 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 8.62 | 8.62 | 8.62 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 8.26 | 8.26 | 8.26 |
| CHICAGO TITLE & TRUST CO, | 2500-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| MISC. CLOSING COSTS | 2500-000 | NA | 1,313.17 | 1,313.17 | 1,313.17 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TITLE CHARGES | 2500-000 | NA | 1,940.37 | 1,940.37 | 1,940.37 |
| Title charges & prorations | 2500-000 | NA | 1,638.47 | 1,638.47 | 1,638.47 |
| transfer taxes, misc. costs of sale | 2500-000 | NA | 1,322.67 | 1,322.67 | 1,322.67 |
| ASSOCIATED BANK | 2600-000 | NA | 928.21 | 928.21 | 928.21 |
| CLERK US BANKRUPTCY COURT | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| COHEN & KROL | 2700-000 | NA | 352.00 | 352.00 | 352.00 |
| COUNTY OF COOK | 2820-000 | NA | 1,375.64 | 1,375.64 | 1,375.64 |
| Real estate taxes | 2820-000 | NA | 2,087.78 | 2,087.78 | 2,087.78 |
| TAXES | 2820-000 | NA | 685.68 | 685.68 | 685.68 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 975.00 | 975.00 | 975.00 |
| XCELLENCE INC. | 2990-000 | NA | 188.24 | 188.24 | 188.24 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 3,130.01 | 3,130.01 | 3,130.01 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,565.00 | 1,565.00 | 1,565.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 325.80 | 325.80 | 325.80 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):PATINKIN & PATINKIN, LTD. | 3210-000 | NA | 1,995.00 | 1,995.00 | 1,995.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):RICHARD PATINKIN | 3210-000 | NA | 1,687.50 | 1,687.50 | 1,687.50 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):PATINKIN & PATINKIN, LTD | 3210-600 | NA | 8,226.59 | 8,226.59 | 4,544.09 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):PATINKIN & PATINKIN, LTD | 3220-610 | NA | 52.00 | 52.00 | 52.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):COOKE & LEWIS, LTD. | 3410-000 | NA | 1,993.75 | 1,993.75 | 1,993.75 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):Broker's real estate commission | 3510-000 | NA | 5,500.00 | 5,500.00 | 5,500.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):MILLENIUM PROPERTIES | 3510-000 | NA | 5,431.25 | 5,431.25 | 5,431.25 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):MILLENNIUM PROPERTIES | 3510-000 | NA | 2,312.50 | 2,312.50 | 2,312.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 72,050.91 | $ 72,050.91 | $ 58,795.24 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000029 | DAVE KALSCH | 5600-000 | NA | 1,500.00 | 750.00 | 750.00 |
| 000006A | JOHN VADAPARAMPIL | 5600-000 | NA | 2,600.00 | 1,300.00 | 1,300.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | WALTER AND JOYCE KUCHAR | 5600-001 | NA | 875.00 | 875.00 | 875.00 |
| 000009A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 31.92 | 31.92 | 31.92 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 5,006.92 | $ 2,956.92 | $ 2,956.92 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AIA General Services c/o Phillip Lewis 29 S. La Salle Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Aaron A. Krolik 111 W. Washington, #1028 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Alli Traven & Cassandra Kramer 1754-56 W. Wellington, #3E Chicago, IL 60657 | | 2,000.00 | NA | NA | 0.00 |
| | Allstate Insurance 6317 N. Milwaukee Chicago, IL 60646 | | 1,300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AmericaUnited Bank 321 West Golf Rd Schaumburg, IL 60196 | | 4,200,000.00 | NA | NA | 0.00 |
| | American Enterprise Bank Attn: Ed Bouas 600 N. Buffalo Grove Rd. Buffalo Grove, IL 60089 | | 550,000.00 | NA | NA | 0.00 |
| | Art Swiatlik & Annetia Nowak 1 N. Hamlin, Unit 3 Park Ridge, IL 60068 | | 1,250.00 | NA | NA | 0.00 |
| | Belongia, Shaprio & Hynes, LLC 20 S. Clark Street #300 Chicago, IL 60603 | | 25,000.00 | NA | NA | 0.00 |
| | Berenice Barch 5941 N. Austin, Garden N Chicago, IL | | 700.00 | NA | NA | 0.00 |
| | Carl Galvin 1754-56 W. Wellington, #2D Chicago, IL 60657 | | 1,800.00 | NA | NA | 0.00 |
| | Charlie Bosco 5680 N. Elston Chicago, IL 60646 | | 30,000.00 | NA | NA | 0.00 |
| | Charlotte Shubert 5941 N. Austin, 1S Chicago, IL 60646 | | 775.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chris Keraminas 3600 N. Lake Shore Dr Chicago, IL 60613 | | 900.00 | NA | NA | 0.00 |
| | Cindy Baranowski 1950 Parkside, Unit 2C Park Ridge, IL 60068 | | 1,150.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 240.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 7,540.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 15,000.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 23,500.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 1,025.00 | NA | NA | 0.00 |
| | City of Chicago Department of Revenue P.O. Box 88298 Chicago, IL 60680-1290 | | 7,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago P.O. Box 6330 Chicago, IL 60680 | | 0.00 | NA | NA | 0.00 |
| | City of Chicago c/o Mara S. Georges, Corp. Counsel 30 North LaSalle Street, Suite 700 Chicago, IL 60602 | | 1,165.87 | NA | NA | 0.00 |
| | City of Park Ridge P.O. Box 4793 Carol Stream, IL 60197-4793 | | 0.00 | NA | NA | 0.00 |
| | City of Park Ridge P.O. Box 4793 Carol Stream, IL 60197-4793 | | 0.00 | NA | NA | 0.00 |
| | ComEd P.O. Box 803457 Chicago, IL 60680-3457 | | 0.00 | NA | NA | 0.00 |
| | Cousin's 3038 W. Irving park Chicago, IL 60618 | | 2,000.00 | NA | NA | 0.00 |
| | Dave Kalsch 5654 N. Central Chicago, IL 60646 | | 950.00 | NA | NA | 0.00 |
| | Delora Block Cores 6317 N. Milwaukee, #1D Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | Delta Trading 2701 N. Kildare Ave Chicago, IL 60639 | | 8,900,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Delta Trading 2701 N. Kildare Ave Chicago, IL 60639 | | 1,500,000.00 | NA | NA | 0.00 |
| | Dianna & Mohammad Skafi 3312 Foster Chicago, IL 60625 | | 750.00 | NA | NA | 0.00 |
| | Donald Spencer 5749 N. Elston, #2R Chicago, IL 60646 | | 900.00 | NA | NA | 0.00 |
| | Doruted Patrol 6508-10 W. Devon, #2N Chicago, IL 60631 | | 890.00 | NA | NA | 0.00 |
| | Edgebrook Bank Attn: John Ptak 6000 W. Touhy Chicago, IL 60646 | | 640,000.00 | NA | NA | 0.00 |
| | Edgebrook Bank Attn: John Ptak 6000 W. Touhy Chicago, IL 60646 | | 1,032,000.00 | NA | NA | 0.00 |
| | Edward Dziadosz 5654 N. Central, 2nd Floor Chicago, IL 60646 | | 950.00 | NA | NA | 0.00 |
| | Eli Vranjes 4201 W. Irving Park Chicago, IL 60618 | | 325.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elite Elevator P.O. Box 176 Tinley Park, IL 60477 | | 1,934.66 | NA | NA | 0.00 |
| | Evelyn Macalister 1 N. Hamlin, Unit 1 Park Ridge, IL 60068 | | 1,250.00 | NA | NA | 0.00 |
| | Family Dentistry 6317 N. Milwaukee Chicago, IL 60646 | | 2,533.54 | NA | NA | 0.00 |
| | Faustino Lagunas 5749 N. Elston, #1R Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | Federal Deposit Insurance Corp. 550 17th St NW Washington, DC 20429-9990 | | 75,000.00 | NA | NA | 0.00 |
| | First Commercial Bank Attn: Dan Healy 6945 N. Clark Chicago, IL 60626 | | 2,200,000.00 | NA | NA | 0.00 |
| | Flood Brothers Disposal 17W697 Butterfield Road #E Oakbrook Terrace, IL 60181 | | 0.00 | NA | NA | 0.00 |
| | Florence Terabe 5680-86 Elston, #2B Chicago, IL 60646 | | 775.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gelai Evans 5680-86 Elston, #2C Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | Ginger Trulio 5941 N. Austin, Garden South Chicago, IL 60646 | | 750.00 | NA | NA | 0.00 |
| | Gladys Ahounou Beauty Shop 6739 North Ave. Oak Park, IL 60302 | | 860.00 | NA | NA | 0.00 |
| | Gladys Ramos & Francisco Gonzalez 5749 N. Elston Chicago, IL 60646 | | 825.00 | NA | NA | 0.00 |
| | Greg Mitchell 5680-86 Elston, #1D Chicago, IL 60646 | | 1,050.00 | NA | NA | 0.00 |
| | Gregory Gorlich 7N864 Northern Dancer Saint Charles, IL 60175 | | 160,000.00 | NA | NA | 0.00 |
| | Harris Bank 333 N. Northwest Highway Barrington, IL 60010 | | 3,900,000.00 | NA | NA | 0.00 |
| | Harry Missirlian 9933 Lawler Ave Suite 309 Skokie, IL 60077 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J&J Sports Productions, Inc. c/o Andre Ordeanu, Zane D. Smith 415 N. LaSalle St, Ste 300 Chicago, IL 60654 | | 16,723.00 | NA | NA | 0.00 |
| | Jadwiga Loj 3600 N. Lake Shore Dr. Chicago, IL 60613 | | 885.00 | NA | NA | 0.00 |
| | James Shea 5941 N. Austin, 1N Chicago, IL 60646 | | 790.00 | NA | NA | 0.00 |
| | Janelle Fermaintt c/o Kralovec Jambois & Schwartz 60 W. Randolph, 4th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Janice Glenn 6317 N. Milwaukee, #3D Chicago, IL 60646 | | 900.00 | NA | NA | 0.00 |
| | Jason Hopkins 3038 W. Irving Park, 2nd Floor Chicago, IL 60618 | | 1,650.00 | NA | NA | 0.00 |
| | Javier and Claudia Hernandez 5633 N. Central, 2nd Floor Chicago, IL 60646 | | 950.00 | NA | NA | 0.00 |
| | Jawed Khan 5680-86 Elston, #2E Chicago, IL 60646 | | 675.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jeremy Kaulfers 5941 N. Austin, 2N Chicago, IL 60646 | | 825.00 | NA | NA | 0.00 |
| | Jim Scordo 1 N. Hamlin, Unit 5 Park Ridge, IL 60068 | | 1,250.00 | NA | NA | 0.00 |
| | Joe Hand Promotions Inc. c/o Zane D. Smith & Associates Ltd. 415 N. LaSalle Street #300 Chicago, IL 60654 | | 31,875.25 | NA | NA | 0.00 |
| | Joe Johns 6739 North Ave. Oak Park, IL 60302 | | 975.00 | NA | NA | 0.00 |
| | John Vadaparampil 849 Franklin, #1504 Chicago, IL | | 39,100.00 | NA | NA | 0.00 |
| | John and Dana Hill 5749 N. Elston, #2F Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | Johnny Price 5658 N. Central, 1st Fl Chicago, IL 60646 | | 975.00 | NA | NA | 0.00 |
| | Jose Dutra c/o Robert A Destefano & Associates 6547 W. Cermak #LL1 Berwyn, IL 60402 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Joseph Vallender 20 S. Dee Rd, Unit 2C Park Ridge, IL 60068 | | 1,250.00 | NA | NA | 0.00 |
| | Juan Rodriguez 1431 N. Hamlin Ave. Chicago, IL 60651 | | 50,000.00 | NA | NA | 0.00 |
| | Juan Rodriguez 1431 N. Hamlin Ave. Chicago, IL 60651 | | 25,000.00 | NA | NA | 0.00 |
| | Julie Sevilla & Wilfredo Sevilla 6508-10 W. Devon Chicago, IL 60631 | | 875.00 | NA | NA | 0.00 |
| | Karen Peplpmatas 17851 Torrence Ave., 2R Lansing, IL 60438 | | 1,400.00 | NA | NA | 0.00 |
| | Kunjamma Augustine James 1950 Parkside, Unit 2A Park Ridge, IL 60068 | | 795.00 | NA | NA | 0.00 |
| | Leslee Tornabene & Scott Nissen 1754-56 W. Wellington Chicago, IL 60657 | | 1,500.00 | NA | NA | 0.00 |
| | Linda Jacobson 6317 N. Milwaukee, #3C Chicago, IL 60646 | | 625.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Linda Millar 6508-10 W. Devon, #1S Chicago, IL 60631 | | 875.00 | NA | NA | 0.00 |
| | Lisa Thigpen 6317 N. Milwaukee, #2B Chicago, IL 60646 | | 0.00 | NA | NA | 0.00 |
| | Luis Romero 5941 N. Austin, 2S Chicago, IL 60646 | | 850.00 | NA | NA | 0.00 |
| | Lykennia Ousley 6739 North Ave. Oak Park, IL 60302 | | 1,000.00 | NA | NA | 0.00 |
| | Margaret Morrison Borcia 32 N. West St. Waukegan, IL 60085 | | 0.00 | NA | NA | 0.00 |
| | Margarita Pulido 1950 Parkside, Unit 2B Park Ridge, IL 60068 | | 825.00 | NA | NA | 0.00 |
| | Maria Thompson 6317 N. Milwaukee, #2E Chicago, IL 60646 | | 800.00 | NA | NA | 0.00 |
| | Maricela Marin 6317 N. Milwaukee, #3E Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marie & Don 5772 W. Higgins, 2nd Floor Chicago, IL 60630 | | 1,200.00 | NA | NA | 0.00 |
| | Marie Jade Galvan 5155 W. Addison Chicago, IL 60641 | | 725.00 | NA | NA | 0.00 |
| | Marilu Da Costa 20 S. Dee Rd., Unit 1C Park Ridge, IL 60068 | | 1,000.00 | NA | NA | 0.00 |
| | Mario Yolangco 5633 N. Central, 1st Fl. Chicago, IL 60646 | | 1,150.00 | NA | NA | 0.00 |
| | Marius & Jennifer Tiria 4054-56 N. Marmora, #2S Chicago, IL 60634 | | 750.00 | NA | NA | 0.00 |
| | Mark & Denise Labus 1 N. Hamlin, Unit 6 Park Ridge, IL 60068 | | 1,400.00 | NA | NA | 0.00 |
| | Michael Lewis 4054-56 N. Marmora, #2W Chicago, IL 60634 | | 690.00 | NA | NA | 0.00 |
| | Michael Realty 5680 N. Elston Chicago, IL 60646 | | 170,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mid Care 4205 W. Irving Park Chicago, IL 60618 | | 1,000.00 | NA | NA | 0.00 |
| | Monson/Lofgren 6317 N. Milwaukee, #3A Chicago, IL 60646 | | 920.00 | NA | NA | 0.00 |
| | Mr. and Mrs. Breo 20 S. Dee Rd., Unit 2A Park Ridge, IL 60068 | | 1,250.00 | NA | NA | 0.00 |
| | Mr. and Mrs. Floyd 20 S. Dee Rd., Unit 1B Park Ridge, IL 60068 | | 1,150.00 | NA | NA | 0.00 |
| | Nen Chy 5749 N. Elston, #1F Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | Neri Ramirez 6317 N. Milwaukee, #1A Chicago, IL 60646 | | 875.00 | NA | NA | 0.00 |
| | Nicholas M. Duric 401 N. Wisner Park Ridge, IL 60068 | | 50,000.00 | NA | NA | 0.00 |
| | Nick La Puma 6508-10 W. Devon, #1W Chicago, IL 60631 | | 875.00 | NA | NA | 0.00 |
| | Nicor Gas PO Box 416 Aurora, IL 60568-0001 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NorStates Bank 1601 N. Lewis Ave. Waukegan, IL 60085 | | 192,000.00 | NA | NA | 0.00 |
| | NorStates Bank 1601 N. Lewis Ave. Waukegan, IL 60085 | | 11,670,000.00 | NA | NA | 0.00 |
| | Norman Patula 6317 N. Milwaukee, #2D Chicago, IL 60646 | | 890.00 | NA | NA | 0.00 |
| | North Maine Utilities 1225 Waukegan Rd. Glenview, IL 60025 | | 0.00 | NA | NA | 0.00 |
| | Omega Design c/o Adam Mazur 4201 W. Irving Park Chicago, IL 60618 | | 925.00 | NA | NA | 0.00 |
| | Optimal Deli, Inc. Attn: Kathy 5155 W. Addison Chicago, IL 60641 | | 3,300.00 | NA | NA | 0.00 |
| | Padma Edla 5600 N. Western Chicago, IL 60659 | | 675.00 | NA | NA | 0.00 |
| | Pan American Bank 6232 N. Pulaski Chicago, IL 60646 | | 750,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pantheon Builders c/o Leon Zelechowski 111 W. Washington St., Suite 1051 Chicago, IL 60602 | | 35,357.00 | NA | NA | 0.00 |
| | People's Gas Chicago, IL 60687-0001 | | 0.00 | NA | NA | 0.00 |
| | Polly and Herbert Cole 5536 N. Artesian, 1st Floor Chicago, IL 60625 | | 1,050.00 | NA | NA | 0.00 |
| | Richard S. Zachary 180 N. LaSalle St. Suite 1925 Chicago, IL 60601 | | 20,000.00 | NA | NA | 0.00 |
| | Richard Wolowicz 6508-10 W. Devon Chicago, IL 60631 | | 775.00 | NA | NA | 0.00 |
| | Robert Jackson 4201 W. Irving Park Chicago, IL 60618 | | 400.00 | NA | NA | 0.00 |
| | Robert Ostasz 1 N. Hamlin Unit 4 Park Ridge, IL 60068 | | 1,150.00 | NA | NA | 0.00 |
| | Roseanne's Beauty Shop Hilda Mendoza 3604 N. Pulaski Rd Chicago, IL 60641 | | 950.00 | NA | NA | 0.00 |
| | Sal Cannela 5680-86 Elston, #1F Chicago, IL 60646 | | 775.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sarah and Derek Kurysz 6508-10 W. Devon, Garden East Chicago, IL 60631 | | 825.00 | NA | NA | 0.00 |
| | Sebastian Bulanda 3809 N. Harlem, #2C Chicago, IL 60634 | | 850.00 | NA | NA | 0.00 |
| | Sharon Dawkins 3312 Foster, Apt 2E Chicago, IL 60625 | | 775.00 | NA | NA | 0.00 |
| | Sheila Krawczyk 4201 W. Irving Park Chicago, IL 60618 | | 300.00 | NA | NA | 0.00 |
| | Solomon Blyakhman 1950 Parkside Park Ridge, IL 60068 | | 790.00 | NA | NA | 0.00 |
| | Thomas Jordan 5658 N. Central, 2nd Floor Chicago, IL 60646 | | 975.00 | NA | NA | 0.00 |
| | Tom Cramer 866 N. Elston, 1st Floor Chicago, IL 60618 | | 800.00 | NA | NA | 0.00 |
| | Velazquez & Family Muffler Mufflers for Less, Inc. 5703 N. Elston Chicago, IL 60646 | | 4,416.00 | NA | NA | 0.00 |
| | Victoria Edwards 6317 N. Milwaukee, #2C Chicago, IL 60646 | | 625.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village of Lansing 3141 Ridge Road Lansing, IL 60438 | | 0.00 | NA | NA | 0.00 |
| | Village of Oak Park Utility Bill Account P.O. Box 94895 Chicago, IL 60690 | | 0.00 | NA | NA | 0.00 |
| | Wachovia Mortgage c/o Pierce & Associates 1 N. Dearborn #1300 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Wallace Davis c/o Al Hofeld 1525 E. 53rd St., Suite 903 Chicago, IL 60615 | | 0.00 | NA | NA | 0.00 |
| | Walter and Joyce Kuchar 6508-10 W. Devon Chicago, IL 60631 | | 875.00 | NA | NA | 0.00 |
| | Warren Lupel Lupel Weininger LLP 30 N. La Salle St., Suite 3520 Chicago, IL 60602 | | 200,000.00 | NA | NA | 0.00 |
| | Waste Management PO Box 4648 Carol Stream, IL 60197-4648 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wieslaw Babicz 20 S. Dee Rd., Unit 1D Park Ridge, IL 60068 | | 1,000.00 | NA | NA | 0.00 |
| | William Conlon 5680-86 Elston, #2A Chicago, IL 60646 | | 650.00 | NA | NA | 0.00 |
| | Won Lee 6317 N. Milwaukee, #2A Chicago, IL 60646 | | 890.00 | NA | NA | 0.00 |
| | Yolanda Blumenberg 5155 W. Addison Chicago, IL 60641 | | 800.00 | NA | NA | 0.00 |
| | Zena Benyamin 1 N. Hamli, Unit 2 Park Ridge, IL 60068 | | 590.00 | NA | NA | 0.00 |
| 000014 | AMERICAN UNITED BANK | 7100-000 | NA | 4,100,000.00 | 4,100,000.00 | 0.00 |
| 000019 | BELONGIA, SHAPRIO & HYNES, LLC | 7100-000 | NA | 122,175.64 | 122,175.64 | 0.00 |
| 000025 | CITY OF CHICAGO - DEPARTMENT OF FIN | 7100-000 | NA | 1,337.96 | 1,337.96 | 0.00 |
| 000012 | DELTA TRADING CO INC | 7100-000 | NA | 10,027,540.00 | 10,027,540.00 | 0.00 |
| 000020 | EDGEBROOK BANK | 7100-000 | NA | 2,699,347.99 | 2,699,347.99 | 0.00 |
| 000015 | FDIC AS RECEIVER FOR CITIZENS BANK | 7100-000 | NA | 4,662,072.00 | 4,662,072.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | FDIC AS RECEIVER FOR CITIZENS BANK | 7100-000 | NA | 200,000.00 | 200,000.00 | 0.00 |
| 000022 | FEDERAL DEPOSIT INSURANCE CORP | 7100-000 | NA | 75,000.00 | 75,000.00 | 0.00 |
| 000028 | FEDERAL DEPOSIT INSURANCE CORP | 7100-000 | NA | 75,000.00 | 75,000.00 | 0.00 |
| 000018 | HARRY MISSIRLIAN | 7100-000 | NA | 5,100,000.00 | 5,100,000.00 | 0.00 |
| 000009B | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 220.20 | 220.20 | 0.00 |
| 000007 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000004 | J&J SPORTS PRODUCTIONS INC | 7100-000 | NA | 110,000.00 | 110,000.00 | 0.00 |
| 000006B | JOHN VADAPARAMPIL | 7100-000 | NA | 58,559.90 | 58,559.90 | 0.00 |
| 000023 | JOHN VANKO | 7100-000 | NA | 43,200.00 | 43,200.00 | 0.00 |
| 000030 | MICHAEL K DESMOND, CH 7 TRUSTEE FOR | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000008 | MICHAEL LEWIS | 7100-000 | NA | 690.00 | 690.00 | 0.00 |
| 000031 | MONTY TITLING TRUST 1, | 7100-000 | NA | 2,894,421.59 | 2,894,421.59 | 0.00 |
| 000026 | NICHOLAS M. DURIC | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000027 | NICHOLAS M. DURIC | 7100-000 | NA | 50,000.00 | 50,000.00 | 0.00 |
| 000021 | PANTHEON BUILDERS | 7100-000 | NA | 78,687.42 | 78,687.42 | 0.00 |
| 000017 | THE FIRST COMMERCIAL BANK | 7100-000 | NA | 1,964,102.73 | 1,964,102.73 | 0.00 |
| 000011 | VILLAGE OF LAKE BLUFF | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 36,609,100.32 | $ 32,312,355.43 | $ 32,312,355.43 | $ 0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-43637   ABG   Judge: A. BENJAMIN GOLDGAR |
|---|---|
| Case Name: | MICHAEL, GEORGE S |
| For Period Ending: | 08/13/18 |

| Trustee Name: | JOSEPH E. COHEN |
|---|---|
| Date Filed (f) or Converted (c): | 01/16/13 (c) |
| 341(a) Meeting Date: | 03/13/13 |
| Claims Bar Date: | 07/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor resides in 1955 Shore Acres Road Lake Bluff | 0.00 | 0.00 | | 0.00 | FA |
| 2. CASH | 300.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING Plaza Bank | 3,483.50 | 0.00 | | 0.00 | FA |
| 4. CHECKING - PAN AMERICAN BANK -#5506 | 892.61 | 0.00 | | 0.00 | FA |
| 5. CHECKING (u) | 9,841.08 | 9,841.08 | | 0.00 | FA |
| 6. FURNISHINGS | Unknown | 0.00 | | 0.00 | FA |
| 7. CLOTHES | 500.00 | 0.00 | | 0.00 | FA |
| 8. IRA | 1,406.37 | 0.00 | | 0.00 | FA |
| 9. IRA | 9,499.59 | 0.00 | | 0.00 | FA |
| 10. PARTNERSHIP INTERESTS | Unknown | 25,000.00 | | 0.00 | FA |
| 11. NOTE - NICK TANGLIS | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 12. NOTE - FRANK RIPACK | 16,000.00 | 16,000.00 | | 0.00 | FA |
| 13. NOTE - RUDY CLAI | 32,000.00 | 32,000.00 | | 0.00 | FA |
| 14. DAMAGE CLAIM VILLAGE OF LAKE BLUFF | Unknown | 0.00 | | 0.00 | FA |
| 15. CLAIM AGAINST VILLAGE OF LAKE BLUFF | Unknown | 0.00 | | 0.00 | FA |
| 16. CLAIM AGAINST VILLAGE OF DOLTON | Unknown | 0.00 | | 0.00 | FA |
| 17. CLAIM AGAINST FDIC | Unknown | 0.00 | | 0.00 | FA |
| 18. CLAIM AGAINST AMERICAN UNITED BANK | Unknown | 0.00 | | 0.00 | FA |
| 19. CLAIM AGAINST JOHN AND ANTHONY KLYTTA | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 20. CLAIM AGAINST ADRIANA MAZUTIS (u) | 0.00 | 0.00 | | 0.00 | FA |
| 21. LIQUOR LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 22. REAL ESTATE BROKERS LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 23. 2007 NAVIGATOR | 15,000.00 | 8,000.00 | | 0.00 | FA |
| 24. 1999 CHEVY SUBURBAN | 3,000.00 | 0.00 | | 0.00 | FA |
| 25. 1969 KARMANN GHIA | 500.00 | 5,000.00 | | 0.00 | FA |
| 26. 1963 CADILLAC | 1,500.00 | 5,000.00 | | 0.00 | FA |

Ver: 20.00j

Exhibit 8

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

| Case No: | 10-43637   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MICHAEL, GEORGE S | Date Filed (f) or Converted (c): | 01/16/13 (c) |
| | | 341(a) Meeting Date: | 03/13/13 |
| | | Claims Bar Date: | 07/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. REIMBURSEMENT OF PAID EXPENSES (u) | 86,795.00 | 15,000.00 | | 0.00 | FA |
| 28. REAL ESTATE LOCATED 3600 N. LAKE SHORE DR CHICAGO (u) | 0.00 | 175,000.00 | | 218,750.00 | FA |
| Property located at 3600 N. Lake Shore Drive, Unit #1915, Chicago, IL 60613 sold per court order entered May 7, 2014.  Property located at 3600 N. Lake Shore Drive, Unit # 1916, Chicago, IL 60613, Chicago, IL sold per court order entered May 7, 2014.  Property located at 3600 N. Lake Shore Drive, Unit #1914, Chicago, IL 60613 sold per court order entered November 25, 2015. | | | | | |
| 29. 7431 N. Hoyne, Chicago, IL (u) | 0.00 | 30,000.00 | | 26,250.00 | FA |
| 30. DOG | 0.00 | 0.00 | | 0.00 | FA |
| 31. R & G PROPERTIES | Unknown | 0.00 | | 0.00 | FA |
| 32. MICHAEL REALTY & ASSOCIATES | Unknown | 0.00 | | 0.00 | FA |
| 33. BRUDDERS LLC | Unknown | 0.00 | | 0.00 | FA |
| 34. MICHAEL REALTY LLC | Unknown | 0.00 | | 0.00 | FA |
| 35. 300 W. SIBLEY LLC | Unknown | 0.00 | | 0.00 | FA |
| 36. SWEAT PEA LLC | Unknown | 0.00 | | 0.00 | FA |
| 37. CITIZENS FINANCIAL CORP. | 0.00 | 0.00 | | 0.00 | FA |
| 38. 5401 W. DEVON LLC | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $295,718.15 | $435,841.08 | | $245,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE SUBMITTED TFR, NFR AND RELATED DOCUMENTS FOR UST APPROVAL - 1/8/2018.  TAX RETURNS FILED.  TRUSTEE PREPARING

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-43637    ABG    Judge: A. BENJAMIN GOLDGAR | |

Case Name:    MICHAEL, GEORGE S

Trustee Name:    JOSEPH E. COHEN

Date Filed (f) or Converted (c):    01/16/13 (c)

341(a) Meeting Date:    03/13/13

Claims Bar Date:    07/10/14

TFR, NFR AND RELATED DOCUMENTS 10/30/17.  AWAITING TAX RETURNS; TFR TO FOLLOW - 6/27/17.

TRUSTEE WORKING WITH ACCOUNTANT TO FINALIZE TAX RETURNS - 1/10/17. TRUSTEE TO EMPLOY ACCOUNTANT - 10/31/16. ALL OF THE

REAL ESTATE HAS BEEN SOLD AND THE TRUSTEE IS WORKING ON HIS TFR AND RELATED DOCUMENTS - 7/30/2016.

TRUSTEE JUST CLOSED ON FINAL PARCEL OF REAL ESTATE - 04/30/16. TRUSTEE WAITING TO CLOSE ON FINAL PROPERTY - Oct. 31,

2015. SAME - July 30, 2015.  TRUSTEE STILL SELLING REAL ESTATE - April 25, 2015. SALE OF REAL ESTATE CONTINUES - Jan.

17, 2015.  THIS IS A CONVERTED CASE. TRUSTEE TRYING TO DETERMINE VALUE OF ASSETS OWNED BY THE DEBTOR.  TRUSTEE HAS

EMPLOYED SPECIAL COUNSEL TO PURSUE STATE COURT LITIGATION - January 22, 2014.  TRUSTEE IS EMPLOYING REAL ESTATE BROKER

TO SELL REAL ESTATE - April 30, 2014.  TRUSTEE HAS FILED MOTIONS TO SELL VARIOUS PARCELS OF REAL ESTATE - July 17, 2014.

TRUSTEE SELLING MORE PROPERTY - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 04/30/15        Current Projected Date of Final Report (TFR): 02/28/18

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-43637  -ABG |
| Case Name: | MICHAEL, GEORGE S |
| Taxpayer ID No: | *******7965 |
| For Period Ending: | 08/13/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5720  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/14 | 28 | CHICAGO TITLE & TRUST COMPANY | Sale of 3600 N. Lake Shore Dr #1915 | | 15,000.00 | | 15,000.00 |
| | | | Proceeds from sale of real estate located at 3600 N. Lake Shore Drive, Unit #1915, Chicago, IL | | | | |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:       100,000.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | | Memo Amount:     (      76,752.17 ) | 4110-000 | | | |
| | | | Mortgage | | | | |
| | | | Memo Amount:     (       5,500.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount:     (       1,425.16 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:     (       1,322.67 ) | 2500-000 | | | |
| | | | transfer taxes, misc. costs of sale | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.38 | 14,985.62 |
| 07/25/14 | 28 | CHICAGO TITLE & TRUST CO. | Sale of 3600 N. Lake Shore Dr #1916 | | 6,937.50 | | 21,923.12 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:       46,250.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | FIRST COMMERCIAL BANK | Memo Amount:     (      34,698.91 ) | 4110-000 | | | |
| | | | Mortgage | | | | |
| | | MILLENNIUM PROPERTIES | Memo Amount:     (       2,312.50 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | | Memo Amount:     (        662.62 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:     (       1,638.47 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| 07/25/14 | 300001 | Xcellence Inc. | Trustee Expenses | 2990-000 | | 188.24 | 21,734.88 |
| | | | Copying of sale motion | | | | |

| | | |
|---|---|---|
| Page Subtotals | 21,937.50 | 202.62 |

Ver: 20.00j

FORM 2                                                                                    Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-43637  -ABG | |
| Case Name: | MICHAEL, GEORGE S | |
| | | |
| Taxpayer ID No: | *******7965 | |
| For Period Ending: | 08/13/18 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5720  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/04/14 | 300002 | RICHARD PATINKIN | Attorney for Trustee fees | 3210-000 | | 1,687.50 | 20,047.38 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.58 | 20,022.80 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.47 | 19,991.33 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.77 | 19,962.56 |
| 10/09/14 | 300003 | CLERK US BANKRUPTCY COURT | SALE MOTION FEE | 2700-000 | | 176.00 | 19,786.56 |
| 11/03/14 | 300004 | PATINKIN & PATINKIN, LTD. | Attorney fees per court order | 3210-000 | | 1,995.00 | 17,791.56 |
| 11/07/14 | 300005 | COHEN & KROL | Sale motion fee reimbursement | 2700-000 | | 176.00 | 17,615.56 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.54 | 17,586.02 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.33 | 17,559.69 |
| 12/11/14 | 300006 | JOSEPH E. COHEN, TRUSTEE | Trustee Fees | 2100-000 | | 9,573.17 | 7,986.52 |
| | | | Trustee Fees | | | | |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.92 | 7,969.60 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.85 | 7,957.75 |
| 02/27/15 | 300007 | Arthur B. Levine Company | Bond premium | 2300-000 | | 8.62 | 7,949.13 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.69 | 7,938.44 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.81 | 7,926.63 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.40 | 7,915.23 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.77 | 7,903.46 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.37 | 7,892.09 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.73 | 7,880.36 |
| 09/02/15 | 29 | CHICAGO TITLE AND TRUST COMPANY | Sale of 7431 N. Hoyne Unit G | | 3,937.50 | | 11,817.86 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE & TRUST CO. | Memo Amount:       26,250.00 | 1210-000 | | | |
| | | | SALE OF 7431 N. HOYNE, CHICAGO, IL | | | | |
| | | MILLENIUM PROPERTIES | Memo Amount:     (     1,443.75 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |

|                | Deposits | Disbursements |
|----------------|----------|---------------|
| Page Subtotals | 3,937.50 | 13,854.52 |

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 32)*

FORM RE3
Page: 3
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit 9

| Case No: | 10-43637 -ABG |
| Case Name: | MICHAEL, GEORGE S |

Taxpayer ID No: *******7965
For Period Ending: 08/13/18

| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5720 Checking Account |

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | TAXES | Memo Amount: ( 685.68 ) | 2820-000 | | | |
| | | | TAXES | | | | |
| | | WATERFALL OLYMPIC MASTER FUND | Memo Amount: ( 17,119.90 ) | 4110-000 | | | |
| | | | MORTGAGE PAYOFF | | | | |
| | | CHICAGO TITLE & TRUST CO, | Memo Amount: ( 1,750.00 ) | 2500-000 | | | |
| | | | LAND TRUST FEES | | | | |
| | | MISC. CLOSING COSTS | Memo Amount: ( 1,313.17 ) | 2500-000 | | | |
| | | | Misc. expenses | | | | |
| | | | Misc. expenses | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.90 | 11,805.96 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.99 | 11,788.97 |
| 11/05/15 | 300008 | COHEN & KROL | REIMBURSEMENT OF SALE MOTION FEE | 2700-000 | | 176.00 | 11,612.97 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.53 | 11,595.44 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.72 | 11,578.72 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.21 | 11,561.51 |
| 01/18/16 | 28 | CHICAGO TITLE AND TRUST CO. | Proceeds 3600 LSD #1914 | | 10,524.59 | | 22,086.10 |
| | | | Proceeds from sale of real estate | | | | |
| | | CHICAGO TITLE AND TRUST CO. | Memo Amount: 72,500.00 | 1210-000 | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | | Proceeds from sale of real estate | | | | |
| | | WATERFALL OLYMPIC MASTER FUND | Memo Amount: ( 54,671.90 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | COUNTY OF COOK | Memo Amount: ( 1,375.64 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | MILLENIUM PROPERTIES | Memo Amount: ( 3,987.50 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | TITLE CHARGES | Memo Amount: ( 1,940.37 ) | 2500-000 | | | |
| | | | Title charges & prorations | | | | |
| | | | Title charges & prorations | | | | |

Page Subtotals 10,524.59 256.35

Ver: 20.00j

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 33)*

FORM 2                                                                                      Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 10-43637  -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MICHAEL, GEORGE S | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5720  Checking Account |
| Taxpayer ID No: | *******7965 | | | |
| For Period Ending: | 08/13/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.77 | 22,060.33 |
| 02/16/16 | 300009 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 8.23 | 22,052.10 |
| | | 370 Lexington Avenue | | | | | |
| | | Suite 1101 | | | | | |
| | | New York, NY  10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.68 | 22,021.42 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.74 | 21,988.68 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.64 | 21,957.04 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.64 | 21,924.40 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.54 | 21,892.86 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.55 | 21,860.31 |
| 08/08/16 | 300010 | PATINKIN & PATINKIN, LTD | Attorney fees per court order | | | 4,596.09 | 17,264.22 |
| | | 89 LINCOLNWOOD ROAD | | | | | |
| | | HIGHLAND PARK, IL 60035 | | | | | |
| | | | Fees          4,544.09 | 3210-600 | | | |
| | | | Expenses      52.00 | 3220-610 | | | |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.97 | 17,235.25 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.80 | 17,210.45 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.59 | 17,184.86 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.73 | 17,160.13 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.51 | 17,134.62 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.48 | 17,109.14 |
| 02/20/17 | 300011 | INTERNATIONAL SURETIES, LTD. | BOND#016073584 | 2300-000 | | 8.26 | 17,100.88 |
| | | 701 Poydras Street, Ste 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.98 | 17,077.90 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.39 | 17,052.51 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.53 | 17,027.98 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.31 | 17,002.67 |

Page Subtotals                0.00          5,083.43

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 34)*

FORM 2                                                                                              Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-43637  -ABG | |
| Case Name: | MICHAEL, GEORGE S | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5720  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******7965 |
| For Period Ending: | 08/13/18 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.46 | 16,978.21 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.25 | 16,952.96 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.20 | 16,927.76 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.36 | 16,903.40 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.13 | 16,878.27 |
| 03/21/18 | 300012 | COOKE & LEWIS, LTD. 333 Skokie Blvd. Suite 104 Northbrook, IL 60062 | Accountant  for Trustee fees Accountant for Trustee fees | 3410-000 | | 1,993.75 | 14,884.52 |
| 03/21/18 | 300013 | COHEN & KROL 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | | | 3,455.81 | 11,428.71 |
| | | | Fees          3,130.01 | 3110-000 | | | |
| | | | Expenses      325.80 | 3120-000 | | | |
| 03/21/18 | 300014 | JOSEPH E. COHEN, Trustee 105 West Madison St., Chicago, IL 60602 | Trustee Fees Trustee Fees | 2100-000 | | 5,926.83 | 5,501.88 |
| 03/21/18 | 300015 | JOSEPH E. COHEN, Attorney 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,565.00 | 3,936.88 |
| 03/21/18 | 300016 | Office of the U.S. Trustee <B>(ADMINISTRATIVE)</B> 219 S. Dearborn St. Room 873 Chicago, IL 60604 | Claim 000024A, Payment 100.00000% | 2950-000 | | 975.00 | 2,961.88 |
| 03/21/18 | 300017 | City of Chicago Department of Revenue Water Mgmt.-Billing/Customer Service 333 South State Street Suite LL10 | Claim 000005, Payment 100.00000% | 4120-000 | | 4.96 | 2,956.92 |

|  | Page Subtotals | 0.00 | 14,045.75 |
|---|---|---|---|

Ver: 20.00j

FORM 2    Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | |
|---|---|
| Case No: | 10-43637  -ABG |
| Case Name: | MICHAEL, GEORGE S |
| Taxpayer ID No: | *******7965 |
| For Period Ending: | 08/13/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5720  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | 03/21/18 | 300018 | Chicago, Illinois - IL<br>60604<br>John Vadaparampil<br>c/o Joel A Schechter<br>53 W Jackson Blvd, Ste 1522<br>Chicago, IL 60604 | Claim 000006A, Payment 100.00000%<br>(6-1) MODIFIED ON 12/22/2010 TO<br>CORRECT ADDRESS (WE) | 5600-000 | | 1,300.00 | 1,656.92 |
| * | 03/21/18 | 300019 | Walter and Joyce Kuchar<br>6508-10 W. Devon<br>Chicago, IL 60631 | Claim 000010, Payment 100.00000% | 5600-003 | | 875.00 | 781.92 |
| | 03/21/18 | 300020 | Dave Kalsch<br>5654 N. Central Ave.,<br>Apt. 1<br>Chicago, IL 60646 | Claim 000029, Payment 100.00000% | 5600-000 | | 750.00 | 31.92 |
| * | 03/21/18 | 300021 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph st., #7-400<br>Chicago, IL 60601 | Claim 000009A, Payment 100.00000% | 5800-003 | | 31.92 | 0.00 |
| * | 03/30/18 | 300021 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph st., #7-400<br>Chicago, IL 60601 | Claim 000009A, Payment 100.00000% | 5800-003 | | -31.92 | 31.92 |
| | 03/30/18 | 300022 | Illinois Department of Revenue<br>Bankruptcy Unit<br>100 W. Randolph st., #7-400<br>Chicago, IL 60601 | Claim 000009A, Payment 100.00000% | 5800-000 | | 31.92 | 0.00 |
| * | 07/11/18 | 300019 | Walter and Joyce Kuchar<br>6508-10 W. Devon<br>Chicago, IL 60631 | Claim 000010, Payment 100.00000% | 5600-003 | | -875.00 | 875.00 |
| | 07/11/18 | 300023 | CLERK OF BANKRUPTCY COURT<br>219 S. DEARBORN ST., CHICAGO, IL 60604 | Claim 000010, Payment 100.00000% | 5600-001 | | 875.00 | 0.00 |

Page Subtotals    0.00    2,956.92

LFORM24

Ver: 20.00j

FORM 2                                                                                          Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                Exhibit 9

| Case No: | 10-43637  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MICHAEL, GEORGE S | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5720  Checking Account |
| Taxpayer ID No: | *******7965 | | |
| For Period Ending: | 08/13/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 245,000.00 | COLUMN TOTALS | | 36,399.59 | 36,399.59 | 0.00 |
| | Memo Allocation Disbursements: | 208,600.41 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 36,399.59 | 36,399.59 | |
| | Memo Allocation Net: | 36,399.59 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 36,399.59 | 36,399.59 | |
| | Total Allocation Receipts: | 245,000.00 | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 208,600.41 | TOTAL - ALL ACCOUNTS | | | | |
| | | | Checking Account - *******5720 | | 36,399.59 | 36,399.59 | 0.00 |
| | Total Memo Allocation Net: | 36,399.59 | | | 36,399.59 | 36,399.59 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                                        0.00              0.00

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 37)*